### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| Americash Jewelers, Inc., an | ) | |
| Illinois corporation, | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Judge JUDGE CASTILLO |
| Americash Loans, L.L.C., an | ) | |
| Illinois corporation, | ) | Magistrate Judge |
| | ) | MAGISTRATE JUDGE LEVIN |
| Defendant. | ) | |

**DOCKETED MAR 3 0 2000**

**00C 1902**

**FILED-ED4 00 MAR 29 PM 3 CLERK U.S. DISTRICT COURT**

## VERIFIED COMPLAINT FOR PERMANENT INJUNCTIVE AND OTHER RELIEF

NOW COMES the Plaintiff Americash Jewelers, Inc., (hereinafter "Americash") by and through its attorney, Mark E. Wiemelt of the Law Offices of Mark E. Wiemelt, P.C., and complains against the Defendant Americash Loans, L.L.C. (hereinafter "Americash Loans") and complains against the Defendant as follows:

## NATURE AND STATUTORY BASIS OF ACTION

1.   This is an action for service mark infringement and unfair competition under the laws of the United States, as provided for by Title 15 U.S.C. § 1125(a)(§ 43(a) of the Lanham Act); service mark and trade dress infringement and unfair competition under the common law of the State of Illinois and under the Illinois Trademark Registration and Protection Act, 765 ILCS § 1036/1, et seq.; dilution under the Illinois Anti-Dilution Law,

765 ILCS § 1036/65, and the common law of the State of Illinois; consumer fraud under the Illinois Consumer Fraud and Deceptive Trade Practices Act, 815 ILCS § 505/1, *et seq.*; deceptive trade practices under the Illinois Deceptive Trade Practices Act, 815 ILCS § 510/1, *et seq.*; an accounting; and permanent injunctive relief.

## THE PARTIES

2.   Plaintiff is an Illinois Corporation duly organized and existing under and by virtue of the laws of the State of Illinois, having its principal place of business located at 16 West Ogden Avenue, Westmont, IL 60559.

3.   Defendant Americash Loans, L.L.C. is, upon Plaintiff's information and belief, an Illinois Corporation duly organized and existing under and by virtue of the laws of the State of Illinois, with its principal place of business located at 1488 Miner, Des Plaines, IL 60016, and is doing business in this judicial district.

## JURISDICTION AND VENUE

4.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1338(a) and (b) (patent, copyright, trademark and unfair competition jurisdiction) and 28 U.S.C. § 1367 (supplemental jurisdiction), as hereinafter more fully appears.

5.   Venue is proper in this District and in this Court pursuant to 28 U.S.C. § 1391(b) and (c), since, inter *alia*, the causes of action asserted arose from or are connected with the purposeful acts committed by Defendant in this District.

## STATEMENT OF FACTS

6.   Plaintiff has been providing loan services in the greater Chicago, Illinois area under the service marks AMERICASH, AMERICASH JEWELERS AND LOAN, and AMERICASH JEWELERS AND LOAN, INC. the "AMERICASH Marks") and a distinctive green and yellow trade dress (the "Trade Dress") since on or about January of 1993.  (A true and accurate copy of Plaintiff's Certificate of Registration of the service mark "AMERICASH JEWELERS AND LOAN, INC." with the Illinois Secretary of State's Office is attached as Exhibit A and made a part hereof.)  (A true and accurate copy of a photograph of Plaintiff's signage displaying the Trade Dress as used in commerce at least as early as January of 1993 is attached as Exhibit B and made a part hereof).

7.   Continuously since the Mark was adopted, Plaintiff has used and displayed the AMERICASH Marks as its service marks, in connection with its loan services, in interstate commerce.  In doing so, Plaintiff has expended substantial time and money in the development and promotion of the AMERICASH Marks and has used the AMERICASH Marks in all facets of its business, including but not limited to using the AMERICASH Marks on flyers, brochures, external signage, and related advertising and marketing efforts.

8.   By virtue of Plaintiff's prior, long and exclusive use of the AMERICASH Marks, the Marks have acquired secondary meaning in the greater Chicago area and are associated exclusively with Plaintiff, giving Plaintiff an exclusive proprietary interest in the use of the Marks to denote loan services in Illinois, and particularly in the greater Chicago metropolitan area.  As a result of the extensive advertising and effort expended to maintain the highest standards of loan services, the AMERICASH Marks have come to

- 3 -

be so distinctive and well-recognized that consumers in the greater Chicago metropolitan

area, upon seeing the AMERICASH Marks, identify them with Plaintiff.  True and

accurate copies of examples of the AMERICASH Marks in use are attached hereto as

Exhibits B-D and made a part hereof.  Exhibit B is a true and accurate copy of a

photograph of Plaintiff's signage displaying the AMERICASH JEWELERS AND LOAN

Mark and Trade Dress as used in commerce at least as early as January of 1993.  Exhibit

C is a true and accurate copy of two yellow page advertisements of Plaintiff's

AMERICASH JEWELERS AND LOAN Mark in the "Loans" section of the 1993

DonTech yellow pages.  Exhibit D is a true and accurate copy of advertisement invoices

purchased by the Plaintiff for its AMERICASH Marks as used in commerce at least as

early as 1993.

9.   Plaintiff intends to expand the services it provides to include payday loan

services.  This type of natural expansion is not uncommon in the loan services industry.

10. Upon information and belief, Defendant Americash Loans, L.L.C. was

incorporated in Illinois on October 6, 1997.

11. Upon information and belief, Defendant operates under the names

"AMERICASH," "AMERICASH LOANS," or "AMERICASH LOANS, L.L.C."

12. Upon information and belief, Defendant uses the name "AMERICASH" for

loan services in the greater Chicago, Illinois area.

13. Upon information and belief, Plaintiff and Defendant compete with each other

in soliciting business in interstate commerce.

14. Upon information and belief, Defendant's use of the mark "AMERICASH" is causing and is likely to cause confusion among the consuming public and is causing damage to Plaintiff.

15. By its actions, as described above, Defendant intended to appropriate the AMERICASH Marks and, upon information and belief, has dealt with other persons using the AMERICASH Marks, or approximations or simulations thereof, in an effort to defraud the public by inducing the public to believe it was dealing with, affiliated with, associated with, or sponsored by Plaintiff.

16. On or about April 1, 1998, Plaintiff, by and through its then-attorney, Mark E. Brabec, sent Defendant via Registered Mail - Return Receipt Requested a letter demanding that Defendant cease using names similar to that being used by Plaintiff. (A true and accurate copy of the letter is attached hereto as Exhibit E and made a part hereof.)

17. Upon information and belief, despite Plaintiff's requests and clear rights, Defendant has wrongfully refused to cease using the AMERICASH Marks. (True and accurate copies of yellow page advertisements from 1999-2000 for Defendant's services bearing the mark in controversy shown in the "Loans" section are attached hereto as Exhibit F and made a part hereof. Additionally, true and accurate copies of six photographs showing Defendant's signage bearing the AMERICASH Marks are attached hereto as Exhibit G and made a part hereof.)

18. On or about January 18, 2000, Defendant was found liable for four counts of consumer fraud by a City of Chicago administrative judge. (A true and accurate copy of the Decision is attached hereto as Exhibit H and made a part hereof.)

19. On or about January 21, 2000, an article in the Chicago Sun-Times newspaper named "AmeriCash" as being guilty of "four counts of consumer fraud for omitting the annual percentage rate for loans on advertisements." (A true and accurate copy of the article is attached hereto as Exhibit I and made a part hereof.)

20. Plaintiff has been contacted by its clients and potential clients regarding the City of Chicago's lawsuit against Defendant for consumer fraud. Plaintiff found it necessary to explain to those clients and potential clients that it and Defendant are wholly separate and unrelated entities, and to apologize for any confusion that resulted from the similarity of it and Defendant's trade names.

21. Upon information and belief, other customers and potential customers of Plaintiff have been confused when seeking Plaintiff using nationwide directory assistance.

22. Upon information and belief, Defendant has also used a green and yellow signage in conjunction with the AMERICASH Mark to depict the loan services it provides. (Exhibit G illustrates six color photographs of the Trade Dress used on Defendant's signage.)

23. Of all the myriad names and marks from which Defendant had to choose to identify its business, it chose a name for trade purposes which is virtually identical to that of Plaintiff and under which Plaintiff has been providing services since 1993.

24. Additionally, of all the myriad color schemes from which Defendant had to choose to identify its business, it chose a color scheme for trade purposes which is virtually identical to Plaintiff's Trade Dress and under which Plaintiff has been providing services since 1993.

25. Upon information and belief, Defendant's adoption and use of its marks and trade dress was willfully and deliberately with the intent to cause public confusion and for the purpose of leading persons and prospective customers to believe that Defendant is in some way associated with, sponsored by, or affiliated with Plaintiff.

26. Defendant's continued use of the AMERICASH Marks and Trade Dress is willful and in deliberate disregard of Plaintiff's rights.

27. Plaintiff's reputation has been and is now being greatly damaged as a result of the use by Defendant of the AMERICASH Marks and Trade Dress.

## COUNT I
## COMMON LAW UNFAIR COMPETITION – SERVICE MARK

28. Plaintiff specifically realleges and reincorporates by reference Paragraphs 1 through 27 of this Complaint as though they were restated here in full.

29. Subsequent to the adoption and use by Plaintiff of the AMERICASH Marks, Defendant unlawfully adopted and began using the AMERICASH Marks, or approximations or simulations thereof, in commerce in connection with its operations.

30. Defendant's use as set forth above is likely to cause confusion, mistake and deception among consumers as to the source of Defendant's services.

31. Defendant is currently using the AMERICASH Marks, or approximations or simulations thereof, willfully and with full knowledge of Plaintiff's prior use of and rights to these marks.

32. Defendant's acts have been and are being committed with the intent and purpose of misappropriating the goodwill, prestige and business reputation of Plaintiff as represented by the AMERICASH Marks. Defendant has, therefore, deceived and is continuing to deceive the consuming public.

33. The unauthorized use of the AMERICASH Marks by Defendant has caused and will continue to cause irreparable harm to Plaintiff. In particular, this infringement has caused and is continuing to cause irreparable injury to the trade, business reputation, prestige and goodwill Plaintiff has developed in the AMERICASH Marks.

34. As a direct and proximate result of Defendant's violation of Plaintiff's service mark rights and unfair competition, Plaintiff has also been damaged by the loss of customers and has been required to incur attorneys' fees and costs to protect its rights. Further, Defendant has wrongfully benefited from its continued unauthorized use of the AMERICASH Marks, or approximations or simulations thereof, and has realized profits it would not otherwise have obtained.

35. Defendant is now committing the acts alleged herein and has refused to cease committing those acts after due notice of Plaintiff's rights. Plaintiff has no adequate

remedy at law, and unless Defendant is enjoined from continuing its wrongful acts, Plaintiff will continue to be immediately and irreparably harmed.

## COUNT II

## COMMON LAW UNFAIR COMPETITION – TRADE DRESS

36. Plaintiff specifically realleges and reincorporates by reference Paragraphs 1 through 35 of this Complaint as though they were restated here in full.

37. Subsequent to the adoption and use by Plaintiff of the AMERICASH Trade Dress, Defendant unlawfully adopted and began using the AMERICASH Trade Dress, or approximations or simulations thereof, in commerce in connection with its operations.

38. Defendant's use as set forth above is likely to cause confusion, mistake and deception among consumers as to the source of Defendant's services.

39. Defendant is currently using the AMERICASH Trade Dress, or approximations or simulations thereof, willfully and with full knowledge of Plaintiff's prior use of and rights to these marks.

40. Defendant's acts have been and are being committed with the intent and purpose of misappropriating the goodwill, prestige and business reputation of Plaintiff as represented by the AMERICASH Trade Dress. Defendant has, therefore, deceived and is continuing to deceive the consuming public.

41. The unauthorized use of the AMERICASH Trade Dress by Defendant has caused and will continue to cause irreparable harm to Plaintiff. In particular, this

infringement has caused and is continuing to cause irreparable injury to the trade, business reputation, prestige and goodwill Plaintiff has developed in the AMERICASH Trade Dress.

42. As a direct and proximate result of Defendant's violation of Plaintiff's Trade Dress rights and unfair competition, Plaintiff has also been damaged by the loss of customers and has been required to incur attorneys' fees and costs to protect its rights. Further, Defendant has wrongfully benefited from its continued unauthorized use of the AMERICASH Trade Dress, or approximations or simulations thereof, and has realized profits it would not otherwise have obtained.

43. Defendant is now committing the acts alleged herein and has refused to cease committing those acts after due notice of Plaintiff's rights. Plaintiff has no adequate remedy at law, and unless Defendant is enjoined from continuing its wrongful acts, Plaintiff will continue to be immediately and irreparably harmed.

## COUNT III

### FEDERAL UNFAIR COMPETITION FOR SERVICE MARK INFRINGEMENT

44. Plaintiff specifically realleges and reincorporates by reference Paragraphs 1 through 43 of this Complaint as though they were restated here in full.

45. This Count arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) for federal unfair competition in the form of the false designation, description, and representation of services as to their nature and origin.

46. Without Plaintiff's authorization, Defendant has used and continues to use the AMERICASH Marks, or approximations or simulations thereof, in commerce as a designation of the nature and origin of its services.

47. In adopting and using the AMERICASH Marks, or approximations or simulations thereof, Defendant has falsely designated, described, and represented the nature and origin of its services in violation of Section 43(a) of the Lanham Act. Defendant's use of such mark, or approximations or simulations thereof, is likely to cause confusion, mistake, and deception among consumers.

48. The acts of Defendant have been and are being committed with the intent and purpose of misappropriating Plaintiff's goodwill and the goodwill represented by the AMERICASH Marks and are, therefore, fraudulently and willfully deceiving the public.

49. The deliberate and unauthorized use of the AMERICASH Marks, or approximations or simulations thereof, by Defendant, has caused and will continue to cause irreparable harm to Plaintiff's trade, business reputation, prestige, and goodwill. The wrongful use of the AMERICASH Marks, or approximations or simulations thereof, by Defendant has also caused Plaintiff to lose customers and to incur attorneys' fees and costs to protect its rights. Further, Defendant has wrongfully benefited from its continued unauthorized use of the AMERICASH Marks and has realized profits it would not otherwise have obtained.

50. Defendant is now committing the acts alleged herein and has refused to cease committing those acts after due notice of Plaintiff's rights. Plaintiff has no adequate remedy at law, and unless Defendant is enjoined from continuing its wrongful acts, Plaintiff will continue to be immediately and irreparably harmed.

## COUNT IV

### FEDERAL UNFAIR COMPETITION FOR TRADE DRESS INFRINGEMENT

51. Plaintiff specifically realleges and reincorporates by reference Paragraphs 1 through 50 of this Complaint as though they were restated here in full.

52. This Count arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) for federal unfair competition in the form of the false designation, description, and representation of services as to their nature and origin.

53. Without Plaintiff's authorization, Defendant has used and continues to use the AMERICASH Trade Dress, or approximations or simulations thereof, in commerce as a designation of the nature and origin of its services.

54. In adopting and using the AMERICASH Trade Dress, or approximations or simulations thereof, Defendant has falsely designated, described, and represented the nature and origin of its services in violation of Section 43(a) of the Lanham Act. Defendant's use of such trade dress, or approximations or simulations thereof, is likely to cause confusion, mistake, and deception among consumers.

55. The acts of Defendant have been and are being committed with the intent and purpose of misappropriating Plaintiff's goodwill and the goodwill represented by the AMERICASH Trade Dress and are, therefore, fraudulently and willfully deceiving the public.

56. The deliberate and unauthorized use of the AMERICASH Trade Dress, or approximations or simulations thereof, by Defendant, has caused and will continue to cause irreparable harm to Plaintiff's trade, business reputation, prestige, and goodwill. The wrongful use of the AMERICASH Trade Dress, or approximations or simulations thereof, by Defendant has also caused Plaintiff to lose customers and to incur attorneys' fees and costs to protect its rights. Further, Defendant has wrongfully benefited from its continued unauthorized use of the AMERICASH Trade Dress and has realized profits it would not otherwise have obtained.

57. Defendant is now committing the acts alleged herein. Plaintiff has no adequate remedy at law, and unless Defendant is enjoined from continuing its wrongful acts, Plaintiff will continue to be immediately and irreparably harmed.

## COUNT V

## VIOLATION OF THE ILLINOIS DECEPTIVE TRADE PRACTICES ACT

58. Plaintiff specifically realleges and reincorporates by reference Paragraphs 1 through 57 of this Complaint as though they were restated here in full.

59. The Illinois Uniform Deceptive Trade Practices Act, 815 Ill.Comp.Stat. § 510/1, *et. seq.*, provides that a person engages in deceptive trade practices when, *inter alia*, he "(1) passes off goods or services as those of another; (2) causes likelihood of confusion or of misunderstanding as to affiliation, connection or association with or certification by another; . . . [or] (5) represents that goods or services have sponsorship, approval, characteristics, . . . that they do not have . . . ," regardless of whether or not there is competition between the parties or actual confusion or misunderstanding. 815 Ill.Comp.Stat. § 510/2.

60. Defendant's unauthorized use of the AMERICASH Marks and Trade Dress, or approximations or simulations thereof, trades on the business reputation and good will of Plaintiff with the intention of deceiving the public into believing that Defendant is affiliated, connected or associated with Plaintiff in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1-7 (1965).

61. By its actions, as described above, Defendant willfully engaged in deceptive trade practices.

62. As a direct and proximate result of the deceptive trade practices of Defendant, Plaintiff has suffered and will continue to suffer damage in an amount not yet fully determined, including the expenditure of attorneys' fees and court costs.

63. Defendant is now committing the acts alleged herein and has refused to cease committing those acts after due notice of Plaintiff's rights.  Plaintiff has no adequate remedy at law, and unless Defendant is enjoined from continuing its wrongful acts, Plaintiff will continue to be immediately and irreparably harmed.

## COUNT VI

## VIOLATION OF THE ILLINOIS CONSUMER FRAUD
## AND DECEPTIVE BUSINESS PRACTICES ACT

64. Plaintiff specifically realleges and reincorporates by reference Paragraphs 1 through 63 of this Complaint as though they were restated here in full.

65. The Illinois Consumer Fraud and Deceptive Trade Practices Act, 815 Ill.Comp.Stat. § 505/1, *et seq.*, makes "the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, or the use or employment of any practice described in Section 2 of the 'Uniform Deceptive Trade Practices Act' . . . in the conduct of any trade or commerce" unlawful, regardless of whether "any person has in fact been misled, deceived or damaged thereby." 815 Ill.Comp.Stat. § 505/2.

66. Defendant's continuing unauthorized use of the AMERICASH Marks and Trade Dress, or approximations or simulations thereof, so as to mislead and deceive the public by suggesting an association, connection or affiliation of Defendant with Plaintiff is an unfair method of competition and a deceptive act or practice in violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1-12 (1961).

67. By their actions, as described above, Defendant willfully engaged in an unfair method of competition and a deceptive act or practice.

68. As a direct and proximate result of the deceptive practices of Defendant, Plaintiff has suffered, and will continue to suffer serious damage in an amount not yet fully determined, including the expenditure of attorneys' fees and court costs. In addition, the wrongful use of the AMERICASH Marks and Trade Dress, or approximations or simulations thereof, by Defendant has also caused Plaintiff to lose customers and to incur attorneys' fees and costs to protect its rights. Further, Defendant has wrongfully benefited from its continued unauthorized use of the AMERICASH Marks and Trade Dress and has realized profits it would not otherwise have obtained.

## COUNT VII

## STATE SERVICE MARK INFRINGEMENT

69. Plaintiff specifically realleges and reincorporates by reference paragraphs 1 through 68 of this Complaint as though they were restated here in full.

70. The Illinois Trademark Registration and Protection Act, 765 ILCS § 1036/1, *et seq.*, states that a person will incur liability for service mark infringement if the person:

> (a) uses, without the consent of the registrant, any reproduction, counterfeit, copy, or colorable imitation of a mark registered under this Act in connection with the sale, distribution, offering for sale, or advertising of any goods or services on or in connection with which such use is likely to cause confusion or mistake or to deceive as to the source of origin of such goods or services; or
>
> (b) reproduces, counterfeits, copies, or colorably imitates any such mark and applies such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, . . . , advertisements intended to be used upon or in connection with the sale or other distribution in this State of such goods or services.

765 ILCS § 1036/60 (1998).

71. Subsequent to the adoption, use and registration (*see* Exhibit A) by Plaintiff of the AMERICASH Marks, Defendant unlawfully adopted and began using the AMERICASH Marks, or approximations or simulations thereof, in commerce in connection with its operations in Illinois.

72. Defendant's use as set forth above is causing and likely to cause confusion, mistake and deception among consumers as to the source of Defendant's services.

73. Defendant is currently using the AMERICASH Marks, or approximations or simulations thereof, willfully and with full knowledge of Plaintiff's prior use of and rights to these marks.

74. Defendant's acts have been and are being committed with the intent and purpose of misappropriating the goodwill, prestige and business reputation of Plaintiff as represented by the AMERICASH Marks. Defendant has, therefore, deceived and is continuing to deceive the consuming public.

75. The unauthorized use of the AMERICASH Marks by Defendant has caused and will continue to cause irreparable harm to Plaintiff. In particular, this infringement has caused and is continuing to cause irreparable injury to the trade, business reputation, prestige and goodwill Plaintiff has developed in the AMERICASH Marks.

76. As a direct and proximate result of Defendant's violation of Plaintiff's service mark rights and unfair competition, Plaintiff has also been damaged by the loss of customers and has been required to incur attorneys' fees and costs to protect its rights. Further, Defendant has wrongfully benefited from its continued unauthorized use of the AMERICASH Marks, or approximations or simulations thereof, and has realized profits it would not otherwise have obtained.

77. Defendant is now committing the acts alleged herein and has refused to cease committing those acts after due notice of Plaintiff's rights. Plaintiff has no adequate remedy at law, and unless Defendant is enjoined from continuing its wrongful acts, Plaintiff will continue to be immediately and irreparably harmed.

## COUNT VIII

## DILUTION

78. Plaintiff specifically realleges and reincorporates by reference paragraphs 1 through 77 of this Complaint as though they were restated here in full.

79. Defendant's continuing unauthorized use of the AMERICASH Marks in promoting its operations is a violation of the Illinois Anti-Dilution Law, 765 ILCS 1036 (1998), and the common law of Illinois in that it diminishes the public association of the AMERICASH Marks with Plaintiff and works an inexorably adverse effect upon the distinctiveness of the AMERICASH Marks by diluting the quality of such marks and by creating a likelihood of injury to Plaintiff's respected reputation.

80. The wrongful acts of Defendant has caused and continues to cause injury to Plaintiff in a manner which cannot be accurately computed. Unless this Court restrains Defendant from further commission of such unlawful acts, the distinctive quality of the AMERICASH Marks will suffer dilution and Plaintiff will continue to suffer substantial irreparable harm to its business reputation and goodwill for which it has no adequate remedy at law.

81. In addition, as a direct and proximate result of the willful and wrongful conduct of Defendant, Plaintiff has been damaged in an amount to be determined at trial.

## COUNT IX
## ACCOUNTING

82. Plaintiff specifically realleges and reincorporates by reference paragraphs 1 through 81 of this Complaint as though they were restated here in full.

83. By virtue of the facts set forth above, Plaintiff is entitled to and demands a complete accounting of the gross revenues and profits of the business of Defendant, including all gross revenues and profits arising from, related to, diverted from, or otherwise attributable to the business under the name "Americash" and in connection with the Trade Dress.

## JURY DEMAND

Plaintiff Demands trial by a jury of twelve in this matter.

WHEREFORE, Plaintiff prays that this Court enter judgment in favor of Plaintiff and against Defendant and issue an order:

a. granting a permanent injunction, after a final hearing on the merits, enjoining Defendant and its agents, servants, employees, and all others in active concert with them, either directly or indirectly, from using the Marks, or approximations or simulations thereof;

b. granting a permanent injunction, after a final hearing on the merits, enjoining Defendant and its agents, servants, employees, and all others in active concert with them, either directly or indirectly, from using the Trade Dress, or approximations or simulations thereof;

c. granting a permanent injunction, after a final hearing on the merits, enjoining Defendant and its agents, servants, employees, and all others in active concert with them, either directly or indirectly, from damaging, destroying,

concealing, disposing of, or using any materials bearing Plaintiff's Marks, or
approximations or simulations thereof, in their possession;

    d.  granting a permanent injunction,  after a final hearing on the merits,
enjoining Defendant and its agents, servants, employees, and all others in active
concert with them, either directly or indirectly, from damaging, destroying,
concealing, disposing of, or using any materials bearing Plaintiff's Trade Dress, or
approximations or simulations thereof, in their possession;

    e.  granting a permanent injunction, after a final hearing on the merits,
enjoining Defendant and its agents, servants, employees, and all others in active
concert with them, either directly or indirectly, from otherwise infringing upon the
service marks, trade names, or any intellectual property rights belonging to
Plaintiff or otherwise competing unfairly with Plaintiff, such that Plaintiff further
prays:

>    (i)   for judgment that Defendant has violated Section 43(a) of the
>          Lanham Act, 15 U.S.C. § 1125(a);
>
>    (ii)  for judgment that Defendant has engaged in consumer fraud and
>          deceptive trade practices under the Illinois Consumer Fraud and
>          Deceptive Trade Practices Act, 815 Ill.Comp.Stat. § 505/1, *et
>          seq.*;
>
>    (iii) for judgment that Defendant has engaged in deceptive trade
>          practices under the Illinois Uniform Deceptive Trade Practices
>          Act, 815 Ill.Comp.Stat. § 510/1, *et. seq.*;
>
>    (iv)  for judgment that Defendant has engaged in dilution under the
>          Illinois Anti-Dilution Law, 765 ILCS § 1036/65, and common
>          law of the State of Illinois;

(v)  for judgment that Defendant has engaged in service mark infringement under the common law of the State of Illinois;

(vi)  for judgment that Defendant has engaged in service mark infringement under the Illinois Trademark Registration and Protection Act, 765 ILCS § 1036/1, *et seq.*;

(vii)  for judgment that Defendant has engaged in trade dress infringement under the common law of the State of Illinois; and

(viii)  for judgment that Defendant has engaged in unfair competition in violation of the common law of the State of Illinois;

f.  directing a complete accounting of the gross revenues and profits of Defendant since its inception, including all gross revenues and profits arising from, related to, diverted from, or otherwise attributable to said business;

g.  ordering Defendant to amend its tradename and trade dress consistent with the foregoing;

h.  granting Plaintiff other compensatory and punitive damages in an amount to be determined at trial;

i.  entering a finding that this case is exceptional within the meaning of the Lanham Act;

j.  granting Plaintiff costs and attorneys' fees; and

k.  granting Plaintiff such other and further relief as this Court deems just and proper.

AMERICASH JEWELERS, INC.

By: _____
One of Its Attorneys

Mark E. Wiemelt (06208213)
Joseph C. Wang (06257685)
LAW OFFICES OF MARK E. WIEMELT, P.C.
10 S. LaSalle St., Ste. 3500
Chicago, Illinois  60603
(312) 372-7664

STATE OF ILLINOIS          )

                           )        SS

COUNTY OF COOK             )

## **VERIFICATION**

I, John C. Burnett, being duly sworn upon oath, do hereby depose and state:

1.)     I am the President of Americash Jewelers, Inc.

2.)     I have read the foregoing Verified Complaint for Permanent Injunctive and Other Relief.

3.)     The Verified Complaint for Permanent Injunctive and other Relief is based upon an investigation by counsel and other persons I believe are reliable and capable of ascertaining the facts stated from the knowledge of employees of Americash Jewelers, Inc. and from the records of the corporation.

4.)     On the basis of that investigation, and to the best of my knowledge, information and belief, the statements set forth in the Verified Complaint for Permanent Injunctive and Other Relief are true and correct.

_John C Burnett_

Subscribed and sworn to
before me this _7th_ day
of _March_, 2000.

_Caralyn Giovingo_
        Notary Public

My commission expires on _1-22-03_.

- 23 -

FROM : AMERICASH JEWELERS IN        PHONE NO. : 630+969+8493            12 2000 12:59PM P3



OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS 62756

GEORGE H. RYAN
SECRETARY OF STATE

MARCH 22, 1993

AMERICASH JEWELERS. INC.
16 WEST OGDEN AVENUE
WESTMONT, ILLINOIS 60559-0000

    Enclosed is a Certificate of Registration for the following SERVICEMARK:

    "AMERICASH JEWELERS AND LOAN, INC." registration number 072138

    Receipt is hereby acknowledged of the statutory fee covering the cost of same. An application for renewal will be mailed to the registrant approximately six months prior to the expiration date. Please notify the department listed below of any change of address to ensure delivery of the renewal notice.

                                    Sincerely,

                                      LINDA BOHAN
                                      Trademark Division

Department of Business Services
Room 328 Centennial Building
Springfield, Illinois 62756

(217) 524-0400



SERVICEMARK

CERTIFICATE OF REGISTRATION

Whereas, it appears from the application of IRENE BURNETT located and doing business at 16 WEST OGDEN AVENUE, WESTMONT, ILLINOIS 60559, a corporation of the State of ILLINOIS, that said applicant has adopted and is using, within the State of Illinois, a certain SERVICEMARK, which is described as follows: "AMERICASH JEWELERS AND LOAN, INC." a specimen or facsimile of which mark, as currently used, is attached hereto:

**Americash**
Jewelers & Loan, Inc.

tha mark was first used on JANUARY 11, 1993, and first used in the State of Illinois on JANUARY 11, 1993, the mark is being used by said applicant to identify and distinguish "BUY, SELL, LOAN CASH AND PAWN ON ITEMS OF VALUE, MANILY JEWELRY, COLLECTABLES, ETC." in Class S-102.

The application has been duly examined and said mark has been found to be registrable in accordance with the laws of this State. Said mark is therefore, registered as of this day, number 072138 for a ten year period.



In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the City of Springfield, MARCH 22, 1993.

GEORGE H. RYAN
SECRETARY OF STATE



## LIQUOR STORES

...nued

BELL FOR:
...DINGS
...OMS
...RTERS
...RT SERVICE

665-3949

-RETAIL

...Blmngdl ----582-0170

...arien ----985-3595

----305-3080

----853-7762

...rk Terr ----627-0330

...Dr Auora ----851-1119

...urt Mall
...akBrkTelNo 368-0099

...n Elyn ----469-7890

...wns Grv ----852-3616

-RETAIL

...ns-Potions, Etc
----547-0949

...re
...nsGrvTelNo 910-1051
...5
----968-2731

...ASSOCIATES
...mbrgTelNo 894-0903

----810-9855
...ACTORY
...t Rd Darien-910-1788
----232-0933

...arel-Parties
...gues Available-Plan
Remember Forever
----963-1231

...Elmhrst ----530-0290

...nrsGrvTelNo 964-8659
...Main Lisle ----810-0046
...HOME
...sle ----717-0973

...netn ----668-3136

...Dr Auora-851-1590

...all Oak Brk-954-1830

...Blmngdl ----351-6455

...Ctr
----627-0301
...TORES
----377-0853

DEALERS

...PET SUPPLY CO
...mbrd ----495-2300
...g Rd Itasca-250-8000
...NG
----232-2455

LAYERS

...O
----250-8550

...T FINGERS
ALKING

ADDISON LIQUORS
130 W Lake Adsn ----543-0225
ANGELO'S LIQUOR STORE
1415 E New York Aurora ----898-6985
ARBOR LIQUORS
110 Arbor Av W Chgo ----231-2155
ARDMORE FOOD & LIQUORS
1638 S Ardmore Av Vil Pk ----261-0811
ARDMORE STATION LIQUORS
405 N Ardmr Av Vil Pk ----530-5545
ARLOU LIQUORS
755 E State Geneva ----232-8505
ARMANETTI 508 W Lake Adsn ----543-0440
ARMANETTI LIQUORS
385 W Lake Elmhrst ----833-9800
ARMANETTI LIQUORS
6920 Rt 83 Wilobrk ----654-0988
BELLUOMINI PAUL
5425 S Madisn Hinsdl ----323-5576
BOOZE BIN THE
108 N Main Oswego ----554-1818
BUY-LOW ENTERPRISES
801 N Cass Av Wstmt ----789-9290
C & B LIQUORS & FOODS
936 E Roosvlt Rd W Chgo ----231-8220
COLONY LIQUOR
489 Spring Rd Elmhrst ----279-8019
CONSUMERS FOOD & LIQUORS INC
10338 S Rt 59 Naprvl ----904-0237
CONSUMERS LIQUORS
1999 W 75th Woodrdg ----985-3769
CONVENIENT LIQUORS 'N FOODS
839 N Roselle Rd Rosel ----351-2230
CORNER COTTAGE THE
526 W North Av Elmhrst ----279-6835
DARIEN LIQUORS
8115 Cass Av Darien ----971-0070
DAVIS & SMITH WINES & LIQUORS
420 N York Elmhrst ----941-1900
DISCOUNT LIQUORS INC
440 Roosevlt Rd Glen Elyn ----469-5588
DOC'S MANAGEMENT
2409 W 75th Woodrdg ----985-4555
DOTI LIQUORS
104 E Fulrtn Av Elmhrst ----834-0025
DUTCH KITCHEN WINES & LIQUORS
18 W St Chas Rd Lombrd ----629-4600
ECHO LIQUOR
1420 W Army Tr Rd
Carol Stream ----483-1122
ELBURN LIQUORS 319 S Main ----365-9119
EXTRA VALUE LIQUORS
334 S Helstr Bl W Chgo ----293-0885
EXTRA VALUE LIQUORS
785 E Nerge Rd Rosel ----894-2402
EXTRA VALUE WINES AND LIQUORS
420 N York Elmhrst ----832-5702
FAIRVIEW LIQUORS INC
5016 Fairvw Av Downrs Grv ----964-8569
FAMOUS LIQUOR STORES
105 E Roosvlt Rd Lombrd ----629-3330
85 E Fulrtn Av Adsn ----279-7070
FOREMOST LIQUOR STORES
178 S Bway Aurora ----897-3003
133 W Galena Bl Aurora ----896-5333
Glen Ellyn
22W535 Buttrfld Rd Glen Elyn--790-1520
536 W St Chas Rd Vil Pk ----279-5155
FOREMOST LIQUORS
6218 Main Downrs Grv ----969-0111
FOREST LIQUOR STORE
243 S Green Bensnvl ----766-0426
FRONTIER LIQUORS OF ITASCA
1207 W Irvng Pk Rd Itasca----773-3212
GOAL LINE LIQUORS
2S729 Rt 59 Warnvl ----393-6622
GOLD STANDARD LIQUOR & WINE
SHOP Cress Creek Square Naprvl-717-0100
HOWARD'S PACKAGE LIQUORS
1216 N Lake Aurora ----897-0124
J R LIQUORS
528 North Av Glendl Hts ----469-9495
JAYEM LIQUORS & CO
270 Glen Ellyn Rd Blmngdl ----893-7224
JOE'S LIQUOR CABINET INC
180 S Gary Av Carol Stream----665-7713
LAKE MAWR LIQUORS
1276 W Lake Rosel ----893-4720
LEIDER'S LIQUOR STORE
460 W Irvng Pk Rd Bensnvl----766-1177
LOIS LIQUORS INC
2128 Ogdn Av Aurora ----851-9300
LOW LIQRS 486 Rt 59 Warnvl ----393-9042
LUNDEEN'S LIQUOR WORLD
610 E Main St Chas ----584-8636
137 S 16th St Chas ----584-6797

...continued

...EEN'S LIQUOR WORLD NO 3
...36 W Wilson Batavia ----879-5171
MALLOY'S SAV-WAY LIQUORS
574 Roosevlt Rd Glen Elyn ----469-4660
MEADOWBROOK BUY LOW LIQUOR
STORE 2147 63rd Downrs Grv----963-3388
MILL THE PACKAGE STORE
310 N River Montgry ----892-1250
MISKA LIQUOR STORES INC
611 Army Trail Rd Adsn ----543-8251
MISKA'S SELECT WINES & LIQUORS
3018 Hobson Rd Woodrdg ----969-3880
MR A'S LIQUORS INC
628 E St Chas Rd Carol Stream-668-8220
MR MOOSE LIQUORS INC
4719 Main Lisle ----963-1050
NORTHGATE WINES & LIQUORS
860 N Lake Aurora ----897-3300
ONE STOP LIQUORS
1401 Prairie St Chas ----584-0222
OSWEGO FOOD & LIQUOR
4570 Rt 71 Oswego ----554-2256
PARKSIDE LIQUORS
320 W Main St Chas ----584-6562
PLAZA DISCOUNT LIQUORS
10S622 Rt 83 Hinsdl ----325-8077
PRESTIGE LIQUOR MART
1209 Ogden Av Downrs Grv ----969-3800
6249 S Cass Av Wstmt ----960-2550
RB LIQUORS 411 E South Plano ----552-3221
RAINBOW LIQUORS INC
435 S Addisn Rd Adsn ----530-8484
RANDALL PLAZA LIQUORS INC
1660 N Randall Rd Aurora ----907-1010
RANDALL PLAZA LIQUORS II
719 N Lake Aurora ----844-1305
RANDALL PLAZA LIQUORS III
315 E Galena Bl Aurora ----859-2080
RANDALL PLAZA LIQUORS IV
1835 Douglas Rd Montgry ----264-0363
RICH BRENTWOOD LIQUORS INC
105 W Grand Av Bensnvl ----766-9575
RICHWAY SPIRITS LTD
2210 Midwest Rd Oak Brk ----574-9538
RIVER SQUARE WINE & LIQUORS
320 E Wilson Batavia ----879-8424
SAV WAY LIQUORS
3821 York Rd Oak Brk ----986-0500
SAV-WAY LIQUORS
515 W State Geneva ----232-7707
1175 E Ogden Av Naprvl ----357-7000
2580 E Main St Chas ----584-0172
SOLO LIQUORS INC
1474 E Chgo Av Naprvl ----420-0766
SPIRITS LIQUORS
17W604 14th Oakbrk Terr ----629-0030
SPIRITS UNLIMITED INC
2900 Ogden Av Aurora ----851-8768
SWIFT LIQUORS INC
190 N Swift Rd Adsn ----495-8606
TWIN LIQUORS
975 N Farnsworth Av Aurora----851-6066
VALLEY LIQUORS
1550 N Rt 59 Naprvl ----420-1172
VAT AND VINE LIQUORS
532 Countryside Shopping Center
Yorkvl ----553-6200
VILLAGE LIQUORS
Rt 47 Sugar Grv ----466-4900
VINTAGE LIQUOR STORE
115 E South Plano ----552-8878
WESTLAKE LIQUORS
2208 Bloomngdl Rd Glendl Hts--980-0494
WESTMORE LIQUOR STORE
310 W Ogden Av Wstmt ----629-1465
WILLIAM'S LIQUORS
310 W Ogden Av Wstmt ----969-3377
WILLIAMS LIQUORS SELF SERVICE
INC 925 S York Elmhrst ----279-5666
WINE SELLER THE
227 S 3rd Geneva ----232-2130
WINFIELD MARKET SQUARE LIQUOR
& DELI
27W460 Beechr Av Winfld ----690-8150
WOODRIDGE BUY-LOW LIQUORS
28000 W Woodrdg ----985-1018
YORK WINE & LIQUORS
552 S York Elmhrst ----834-0031
YOUNG'S DISCOUNT LIQUORS
101 S Batavia Av Batavia ----879-3464

### Livery Service-Automobile
See Limousine Service

HUNDREDS OF NATIONALLY ADVER-
TISED PRODUCTS ARE LISTED IN THE
YELLOW PAGES. LOOK UNDER
THEIR BRAND NAMES FOR NEAREST
AUTHORIZED DEALERS.

SAVE TIME--USE THE YELLOW PAGES

**STOP**

## QUICK CASH FOR HOMEOWNERS

- Fast, convenient
- No application fee
- Pre-qualify by phone
- Make one low monthly payment

Call now! **312 282-0880**
Chicago and suburbs.

## TRIAD MORTGAGE CORP.
Your Equity Loan Specialists
An Illinois Residential Mortage Licensee

## LOANS

**TOUCH FOUR TIPS™**



**TOUCH FOUR**

Be An Informed Consumer!
For Helpful Information
Including:

- Different types of loans
- Applying for loans
- What is considered when you apply for a loan?
- Repayment of loans

Call (708) 668-9944
And Press 7216
When Asked

This Information Is Free
With A Local Call

All content is provided by
independent third party agencies.

AAA COOK COUNTY
CONSOLIDATION INC
TURNED DOWN FOR A LOAN?
CONSOLIDATE YOUR BILLS
SAVE FINANCE CHARGES
NOT A LOAN COMPANY
(312) 743-1600
CHICAGO          1737 W. HOWARD

AMER FAMILY INSURANCE
Agents
Lombard
314 S Westmr Av Lombrd----620-6733
AMERICAN GENERAL FINANCE
2899 Ogden Av Lisle ----355-2150
408 75th Downrs Grv ----968-8440
Addison 617 W Lake Adsn ----628-8300
AMER SECURITY MORTGAGE
CO 1 Tiffany Pointe Bloomngdl-351-2877
AMERICASH JEWELERS AND LOAN
Cash Loans On Diamonds • Jewelry • Gold
16 W Ogden Av Wstmt ----969-8494

THE EASIEST AND QUICKEST WAY
TO FIND OUT WHO HAS WHAT YOU
WANT WHEN YOU WANT IT IS TO
LOOK IN THESE YELLOW PAGES.

...continued

ASSOCIATES FINANCIAL SERVICES
4428 E New York Aurora ----898-8833
AURORA FINANCE CORP
24 E Downr Pl Aurora ----897-0594
AVCO FINANCIAL SERVICES
1165 N Farnsworth Av
Aurora ----851-5110
1460 N Farnsworth Av
Aurora ----851-2828
229 W Grand Av Bensnvl----595-0660
287 S Bolingbrk Dr Bolngbrk-759-3843
2021 Ogden Av Aurora ----852-5653
Willowood Shopping Center
2107 Bloomngdl Rd
Glendl Hts ----980-7555
1017 W Golf Rd Hofmn Ests-882-1440
BADGER CAPITAL MORTGAGE INC
19 E Irvng Pk Rd Rosel ----893-7510
BANC ONE FINANCIAL
SERVICES INC
401 E North Av Vil Pk ----530-2020
7 Huntington Ln Wheeling ----808-0361
BANK OF HINSDALE
400 E Ogden Av Hinsdl ----655-5500
BUDGET FINANCE CORPORATION
44 E Galena Bl Aurora ----897-1121
CIT GROUP CONSUMER FINANCE
377 E Butrfld Rd Lombrd ----434-0900
C N C FINANCIAL
36 S Washngtn Hinsdl ----887-7449
CHRYSLER CREDIT CORP
999 Oakmnt Plz Dr Wstmt ----654-1000
CITIBANK F S B
Branches
West Suburbs
5134 Main Downrs Grv ----968-3900
1303 Ogden Av Downrs Grv ----968-6515
444 N Main Glen Elyn ----469-1200
101 E St Chas Rd Vil Pk ----833-2000
COMMERCIAL CREDIT
LOANS TO
INDIVIDUALS
• Personal Loans
to $10,000
• Home Equity
Loans • Low Monthly Payments
• Apply By Phone-Quick Answers*
A Personal Approach-A Positive Attitude.
FOR LOANS CALL
AURORA
COMMERCIAL CREDIT LOANS INC
4446 E New York Aurora----820-1020
WESTMONT
COMMERCIAL CREDIT LOANS INC
669 N Cass Av Wstmt ----887-0522
COMMERCIAL CREDIT
901 Warrenvl Rd Lisle----963-7355
COMMERCIAL CREDIT LOANS INC
669 N Cass Av Wstmt ----887-0522
COMMERCIAL SERVICE INC
1100 Jorie Bl Oak Brk ----990-0055
CONSUMER SECURITY
MORTGAGE Oak Brk
Toll Free ----800 924-4133
COUNTRYWIDE FUNDING CORP
The Nation's Largest Lender
826 E Ogden Av Wstmt ----986-9760

continued next listing page

020865 & DonTech 15

 

**STOP**

# QUICK CASH FOR HOMEOWNERS

- Fast, convenient
- No application fee
- Pre-qualify by phone
- Make one low monthly payment

Call now!

**312 282-0880**

Chicago and suburbs.

## TRIAD MORTGAGE CORP.
*Your Equity Loan Specialists*
An Illinois Residential Mortgage Licensee

---

# HOME EQUITY LOANS



**CUSTOMIZED LOANS TO FIT YOUR NEEDS & BUDGET**

**2 DAY PRE-APPROVAL BY PHONE**

- Credit Problems Welcome
- Timely Closings
- Home Improvements
- Debt Consolidation
- Conventional Loans
- Refinances

• No Income Verification Program

**FLEXIBLE HOURS - 24 HOUR ANSWERING**

## PREFERRED CUSTOM MORTGAGE

# 916-1530

10 E 22nd St. Lombard

Ill. Residential Mortgage Licensee

312 237-9400

etroleum Gas

**OR STORES**

| | |
|---|---|
| Brkfld | 485-0227 |
| LIQUORS | |
| Av Elmwd Pk | 453-8238 |
| JORS | |
| hlbrk | 654-0988 |
| VALUE | |
| Av For Pk | 366-0006 |
| | |
| Rd Cicero | 863-9281 |
| S LIQUORS | |
| Frnkln Pk | 455-0327 |
| Frnkln Pk | 455-0133 |
| UL | |
| n Hinsdl | 323-5576 |
| UOR STORE INC | |
| Av Brdvw | 343-8711 |
| RPRISES | |
| v Wstmt | 789-9290 |
| UORS | |
| ED | |
| Cicero | 656-5111 |
| YN LIQUORS INC | |
| Rd Brwyn | 484-9781 |
| TE LIQUORS | |
| Rd Cicero | 652-1050 |
| OR INC | |
| k Rd Schlr Pk | 678-5111 |
| Darien | 971-0070 |
| OR STORE | |
| lt Rd Cicero | 652-0044 |
| DOMESTIC LIQUOR | |
| LESSEN | |
| Av Lyns | 442-7280 |
| INE & LIQUORS | |
| lt Rd Cicero | 652-0114 |
| RS | |
| Rd Brwyn | 788-4230 |
| OR STORES | |
| isn For Pk | 366-2500 |
| evlt Rd For Pk | 366-2755 |
| 4917 14th Cicero | 863-8266 |
| UOR STORE | |
| heim Rd Frnkln Pk | 455-3210 |
| LIQUORS | |
| isn For Pk | 366-4889 |
| Brwyn | 484-9794 |
| | |
| ng Rd Stckny | 788-8090 |
| RD LIQUORS | |
| Av Riv Grv | 456-7400 |
| OR STORE | |
| d Rd Hilsd | 493-0900 |
| ORE | |
| evlt Rd Brwyn | 788-3434 |
| RE | |
| Cicero | 863-0928 |
| NC | |
| Maywd | 450-9544 |
| RVICE LIQRS | |
| Brkfld | 485-8810 |
| RS | |
| Av Melros Pk | 343-2423 |
| TRY INC | |
| Av Nrthlk | 343-7734 |
| ATE DRIVE-IN LIQUORS | |
| th Cicero | 863-6345 |
| RE | |
| Maywd | 345-2838 |
| 3 Cermak Rd Brwyn | 484-7800 |
| UNT LIQUORS INC | |
| n Lyns | 447-9533 |
| DELI & LIQRS | |
| nge Rd Cntrysd | 354-0355 |
| GRILL | |
| n Brwyn | 681-0135 |
| OR STORE | |
| ak Rd Brwyn | 749-1400 |
| E BROADVIEW | |
| evlt Rd Brdvw | 345-1055 |
| R HOUSE | |
| Cicero | 863-7705 |

---

**continued**

**PIONEER LIQUORS & TAP LTD**
7445 Randlph For Pk············771-4909
**PLAZA DISCOUNT LIQUORS**
10S622 Rt 83 Hinsdl············325-8077
**PRESTIGE COUNTRYSIDE LIQUORS**
INC 1423 W 55th La Grng·······354-6969
**PRESTIGE LIQUOR MART**
6249 S Cass Av Wstmt···········960-2550
**PRESTIGE LIQUORS**
1937 Mannheim Rd Wstchstr·····865-8999
**QUALITY LIQUORS**
1924 Cicero Av Cicero··········863-2702
**RICHWAY SPIRITS LTD**
2210 Midwest Rd Oak Brk·······574-9538
**SAM'S FOOD & LIQUOR DRIVE-IN**
7801 43rd Lyns···············447-2009
**SAY WAY LIQUORS**
3821 York Rd Oak Brk··········986-0500
**SCHILLER LIQUORS**
3904 25th Av Schllr Pk·······671-0404
**STEIN'S IN LYONS**
8560 Ogden Lyns···············442-9500
**SUBURBAN LIQUORS**
7612 W Madisn For Pk··········771-5400
**THREE-M FOOD & LIQUORS INC**
8905 Cermak Rd N Rivrsd·······447-8610
**WADE'S LIQUOR & GROCERY INC**
1418 Madisn Maywd············450-9537
**WEINKELLER BAR & LIQUORS**
6421 Roosevlt Rd Brwyn········749-2276
**WILLIAM'S LIQUORS**
310 W Ogden Av Wstmt··········969-3377
**WILLIAMS SELF SERVICE LIQUORS**
Store 5540 Brainrd Av Cntrysd···482-8232
**WINE LOVER THE**
118 N Oak Pk Oak Pk···········848-6436
**YORK TAVERN**
3720 York Rd Hinsdl···········323-5090

---

**LITERARY AGENTS**

**GANTOS**
13 Countryside Plz Cntrysd····354-3111

---

*Livery Service–Automobile*
See Limousine Service

AT YOUR SERVICE AROUND THE CLOCK — THE YELLOW PAGES.

---

**continued**

**AAA COOK COUNTY CONSOLIDATION INC**
TURNED DOWN FOR A LOAN?
CONSOLIDATE YOUR BILLS
SAVE FINANCE CHARGES
NOT A LOAN COMPANY
**(312) 743-1600**
CHICAGO    1737 W. HOWARD

**ADMIRAL MORTGAGE CO**
1701 S 1st Av Maywd···········343-5005
**AMERICAN GENERAL FINANCE**
1131 Lake Oak Pk··············386-9900
**AMERICAN GENERAL FINANCE**
1685 N Mannheim Rd Ston Pk·····345-3850
**AMERICASH JEWELERS AND LOAN**
Cash Loans On Diamonds • Jewelry • Gold
16 W Ogden Av Wstmt···········969-8494
**AVCO FINANCIAL SERVICES**
6434 Cermak Rd Brwyn··········749-2525
**BANC ONE FINANCIAL SERVICES INC**
401 E North Av Vil Pk·········530-2020
7 Huntingtn Ln Wheeling·······808-0361
**BANK OF HINSDALE**
400 E Ogden Av Hinsdl·········655-5500
**BLAZER FINANCIAL SERVICES INC**
1723 Roosevlt Rd Brdvw········345-3080
**C & F CORP**
6235 Roosevlt Rd Brwyn········788-5341
**C N C FINANCIAL**
36 S Washngtn Hinsdl··········887-7449
**CENTENNIAL MORTGAGE CO**
9525 Bryn Mawr Av Rosemont····678-7800
**CHRYSLER CREDIT CORP**
999 Oakmnt Plz Dr Wstmt·······654-1000
**COMMERCIAL CREDIT LOANS INC**
669 N Cass Av Wstmt···········887-0522
**COMMERCIAL SERVICE INC**
1100 Jorie Bl Oak Brk·········990-0055
**EDGEWOOD BANK**
1023 W 55th Cntrysd···········352-8980
**FAMILY FEDERAL SAVINGS OF ILLINOIS** 5221 25th Cicero····656-0100
**FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF WESTCHESTER**
Low Mortgage Rates-Equity Loans
2121 Mannheim Rd Wstchstr·····865-1100
**GENE MOTORS ACCEPTANCE CORP**
1520 Kensingtn Rd Oak Brk·····990-3630

---

**LOANS**

**TOUCH FOUR TIPS.**



**TOUCH FOUR**

**Be An Informed Consumer! For Helpful Information Including:**

- Different types of loans
- Applying for loans
- What is considered when you apply for a loan?
- Repayment of loans

**Call (708) 449-9944 And Press 7216 When Asked**

This Information Is Free With A Local Call

All content is provided by independent third party agencies.

---

**HARRIS LOAN & MORTGAGE CORPORATION**
**SECOND MORTGAGES**
**OUR SPECIALTY**
- Consolidation • Home Improvement
- Business Loans • 24 Hour Service
**PAUL HARRIS Specialist**
**343-9800**
Main Office: Intercontinental Center
Eisenhower At First Ave Maywood

**HILL JD & ASSOCIATES**
38 S Spring Av La Grng·········354-2138
**HOUSEHOLD BANK F S B**
6809 Stanley Av Brwyn·········795-1075
6655 W Cermak Rd Brwyn·······749-1900
2223 Roosevlt Rd Brdvw·······681-2250
54 S Washngtn Hinsdl··········887-1001
26 S La Grange Rd La Grng·····352-4900
9101 Cermak Rd N Rivrsd·······447-7500
2140 Mannheim Rd Wstchstr·····562-0090
901 Burlngtn Av Wstrn Spgs····246-1475
**HOUSEHOLD FINANCE CORPORATION**
1780 Harlem Av N Rivrsd·······366-2526
**LaSALLE BANK WESTMONT**
139 N Cass Av Wstmt···········964-1000
**MAYWOOD-PROVISO STATE BANK**
411 Madisn Av Maywd···········345-1100
**NATL BANK OF COMMERCE**
5500 St Chas Rd Brkly·········544-5500
**NORWEST FINANCIAL ILLINOIS INC**
Concorde Green Shopping Center
111 E North Av Glendl Hts·····690-0090
High Point Centre
471 Roosevlt Rd Lombrd·······916-8573
**OAK PARK LOAN CO**
507 S Oak Park Av Oak Pk······386-4000
**PREFERRED CUSTOM MORTGAGE INC** 10 E 22nd Lombard·······916-1530
*See Our Ad This Page*
**RELIABLE CREDIT CO**
1103 Westgate Oak Pk··········848-3910

---

**continued**

**SECURITY PACIFIC FINANCIAL SERVICES INC**
•PERSONAL LOANS
•LINES OF CREDIT
•HOME EQUITY FINANCING
•BILL CONSOLIDATION PLANS
**"IF MONEY IS A QUESTION, WE HAVE THE ANSWER"**
1910 S Highland Av
Lombard···············708 916-888

**TCF CONSUMER FINANCIAL SERV**
INC 1440 W North Av Melros Pk·-681-87
**TRIAD MORTGAGE CORPORATION**
5901 N Cicero Av Chgo········312 282-08
*See Our Ad This Page*

---

**Loans–Real Estate**

See Banks; also Mortgages; also Savings & Loan Associations

---

**LOCKS & LOCKSMITHS**

**TOUCH FOUR TIPS.**



**TOUCH FOUR**

**Be An Informed Consumer For Helpful Information Including:**

- Home protection
- Lock replacement guidelines
- Sales
- When you are locked out

**Call (708) 449-9944 And Press 7214 When Asked**

This Information Is Free With A Local Call

All content is provided by independent third party agencies.

| | |
|---|---|
| A 538 Homestd Rd La Grng Pk | 352-56 |
| A AERO 24 HOUR LOCKSMITH SERVICE Chgo—MelrosPkTelNo | 338-05 |
| A LIGHTNING LOCK SERVICE Berwyn | 795-98 |
| A-SCHILLER PARK LOCKSMITHS 4148 Wehrmn Av Schlr Pk | 678-81 |
| A TO Z LOCK & DOOR INC 1825 Manchstr Av Wstchstr | 343-74 |
| AA PENNY'S LOCK Maywood | 865-72 |
| AAA LOCKSMITH SHOPPE INC Emergency Locksmith Service Credit Cards Accepted 6130 W Roosvlt Rd Oak Pk | 848-53 |
| ADVANCE LOCK & SAFE SALES & SERVICE INC 7703 Lawrence Av Noridg | 453-10 |
| ALL DOORCHECK & LOCK SERVICE 5335 W Cermak Rd Cicero | 656-57 |
| APEX CUSTOM LOCKSMITHING Darien | 986-87 |
| ARROW LOCKSMITHS SERVICE INC 321 Madison Oak Pk | 386-55 |
| Wstmnt | 357-006 |

NO NEED TO WALK ALL AROUND TOWN ALL DAY TO FIND WHAT YOU'RE LOOKING FOR. LET YOUR FINGERS DO THE WALKING, IN A JIFFY, IN THE YELLOW PAGES.





70110855AB



I005178

70110855AB / IB / 2HS / N / 7089698494 / Y / 00 / P / I / N / I005178

088P3J1B / 7089698492 /

AMERICASH JEWELERS AND LOAN / 063093

(HIN)HINSDALE / Loans / 1993 / L602

AMERICASH JEWELERS AND LOAN

**$ INSTANT CASH $**

LOANS ON ALL ITEMS OF VALUE

GOLD • DIAMONDS • JEWELRY
ROLEX WATCHES • STERLING

**969-8494**

OPEN 7 DAYS & EVENINGS

16 W. OGDEN AV • WESTMONT

**SIGNATURE**　　　　　　**DATE**　　　JUL 1 6 '93

Please Note -

The Information above your ad represents publishing codes

**Do Tech**

A Partnership between Ameritech Publishing and Reuben H. Donnelley

January  30, 1993                                                           Page    1

Billing Telephone Number: 708 969-8492

            JOHN BURNETT
            Americash Jewelers
            16 W Ogden Av
            Westmont IL 60559

Dear JOHN BURNETT:

Thank you very much for your recent order for advertising
with DonTech (Formerly Donnelley Directory).  Subject to
the terms on the reverse side of this letter, DonTech con-
firms the appearance of the following unit(s) of advertising
and the directories in which they will appear.

DIRECTORY: Far W Reg W & Y        ISSUE DATE: April  1993

        LIST:              Americash Jewelers And Loan
                           16 W Ogden Av
                           Westmont IL
                           708 969-8494

Heading:    PAWNBROKERS
Unit:       1 Inch Space Listing
Rate:          $51.50

Heading:    LOANS
Unit:       Free Listing
Rate:          $.00
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                           Cash Loans On Diamonds @B Jewelry @B Gold

        LIST:              Americash Coin Inc
                           16 W Ogden Av
                           Westmont IL
                           708 969-8493

Heading:    COIN DEALERS
Unit:       1" Space Listing Red
Rate:          $77.25

Heading:    GOLD, SILVER & PLATINUM BUYERS
Unit:       Free Listing
Rate:          $.00
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                           Top Cash For Gold @B Diamonds @B Jewelry

        LIST:              Americash Jewelers
                           16 W Ogden Av
                           Westmont IL
                           708 969-8492

Heading:    JEWELERS-RETAIL

                 (Continued on next page)                        01295

DT 5107



**Do Tech**
A Partnership between Ameritech Publishing and Reuben H. Donnelley

January 30, 1993                                                   Page

```
Unit:           1" Space Listing Red
Rate:              $77.25

Heading:        APPRAISERS
Unit:           Free Listing
Rate:              $.00
Unit:           Offered Extra Line Listing(s)
Rate:              $.00
                   Estate Jewelry Appraisal Specialist

Heading:        DIAMONDS
Unit:           Bold Listing
Rate:              $20.00
Unit:           Offered Extra Line Listing(s)
Rate:              $.00
                   Highest Prices Paid-Any Size Or Shape
```

Effective April 1993, your monthly billing for the
Far W Reg W & Y directory will be $226.00.


DIRECTORY: Cicero                    ISSUE DATE: September 1993

```
     LIST:          Americash Jewelers And Loan
                    16 W Ogden Av
                    Westmont IL
                    708 969-8494

Heading:        PAWNBROKERS
Unit:           1" Space Listing Red
Rate:              $52.50

     LIST:          Americash Coin Inc
                    16 W Ogden Av
                    Westmont IL
                    708 969-8493

Heading:        COIN DEALERS
Unit:           1" Space Listing Red
Rate:              $52.50

     LIST:          Americash Jewelers
                    16 W Ogden Av
                    Westmont IL
                    708 969-8492

Heading:        JEWELERS-RETAIL
Unit:           1" Space Listing Red
Rate:              $52.50
```

Effective September 1993, your monthly billing for the
Cicero directory will be $157.50.


(Continued on next page)                        012%

DT 5107



A Partnership between Ameritech Publishing and Reuben H. Donnelley

January 30, 1993                                                        Page    3

DIRECTORY: Hinsdale                    ISSUE DATE: October  1993

        LIST:            Americash Jewelers And Loan
                         16 W Ogden Av
                         Westmont IL
                         708 969-8494
Heading:    PAWNBROKERS
Unit:       1" Space Listing Red
Rate:           $30.00

        LIST:            Americash Coin Inc
                         16 W Ogden Av
                         Westmont IL
                         708 969-8493
Heading:    COIN DEALERS
Unit:       1" Space Listing Red
Rate:           $30.00

        LIST:            Americash Jewelers
                         16 W Ogden Av
                         Westmont IL
                         708 969-8492
Heading:    JEWELERS-RETAIL
Unit:       1" Space Listing Red
Rate:           $30.00

Heading:    APPRAISERS
Unit:       Bold Listing
Rate:           $8.75
Unit:       Offered Extra Line Listing(s)
Rate:           $.00
                         Estate Jewelry Appraisal Specialist

Heading:    LOANS
Unit:       1 Inch Space Listing
Rate:           $20.00

Effective October 1993, your monthly billing for the
Hinsdale directory will be $118.75.

DIRECTORY: Darien                      ISSUE DATE: October  1993

        LIST:            Americash Jewelers And Loan
                         16 W Ogden Av
                         Westmont IL
                         708 969-8494
Heading:    PAWNBROKERS
Unit:       1 Inch Space Listing
Rate:           $16.50

                    (Continued on next page)                    01287

DT 5107



**Do Tech**
A Partnership between Ameritech Publishing and Reuben H. Donnelley

January 30, 1993                                                    Page    4

```
Heading:    LOANS
Unit:       Free Listing
Rate:           $.00
Unit:       Offered Extra Line Listing(s)
Rate:           $.00
                Cash Loans On Diamonds aB Jewelry aB Gold

       LIST:         Americash Coin Inc
                     16 W Ogden Av
                     Westmont IL
                     708 969-8493
Heading:    COIN DEALERS
Unit:       1" Space Listing Red
Rate:           $24.75

Heading:    GOLD, SILVER & PLATINUM BUYERS
Unit:       Free Listing
Rate:           $.00
Unit:       Offered Extra Line Listing(s)
Rate:           $.00
                Top Cash For Gold aB Diamonds aB Jewelry

       LIST:         Americash Jewelers
                     16 W Ogden Av
                     Westmont IL
                     708 969-8492
Heading:    JEWELERS-RETAIL
Unit:       1" Space Listing Red
Rate:           $24.75

Heading:    APPRAISERS
Unit:       Free Listing
Rate:           $.00
Unit:       Offered Extra Line Listing(s)
Rate:           $.00
                Estate Jewelry Appraisal Specialist
```

Effective October 1993, your monthly billing for the
Darien directory will be $66.00.


DIRECTORY: Maywood                ISSUE DATE: September 1993

```
       LIST:         Americash Jewelers And Loan
                     16 W Ogden Av
                     Westmont IL
                     708 969-8494

Heading:    PAWNBROKERS
Unit:       1 Inch Space Listing
Rate:           $30.00
```

                    (Continued on next page)              0129B

DT 5107



**DocTech**
A Partnership between Ameritech Publishing and Reuben H. Donnelley

January 30, 1993                                                        Page   5

        LIST:           Americash Coin Inc
                        16 W Ogden Av
                        Westmont IL
                        708 969-8493

Heading:    COIN DEALERS
Unit:       Bold Listing
Rate:          $12.20
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                Top Cash Paid Coins aB Gold aB Jewelry
Effective September 1993, your monthly billing for the
Maywood directory will be $42.20.


DIRECTORY: LaGrange              ISSUE DATE: September 1993

        LIST:           Americash Jewelers And Loan
                        16 W Ogden Av
                        Westmont IL
                        708 969-8494

Heading:    PAWNBROKERS
Unit:       1 Inch Space Listing
Rate:          $30.50


        LIST:           Americash Coin Inc
                        16 W Ogden Av
                        Westmont IL
                        708 969-8493

Heading:    COIN DEALERS
Unit:       Bold Listing
Rate:          $11.95
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                Top Cash Paid Coins aB Gold aB Jewelry


        LIST:           Americash Jewelers
                        16 W Ogden Av
                        Westmont IL
                        708 969-8492

Heading:    JEWELERS-RETAIL
Unit:       Bold Listing
Rate:          $11.95
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                Top Cash For Gold aB Diamonds aB Jewelry

Effective September 1993, your monthly billing for the
LaGrange directory will be $54.40.


                    (Continued on next page)                    01297

DT 5107



**Do Tech**
A Partnership between Ameritech Publishing and Reuben H. Donnelley

January 30, 1993                                                      Page

DIRECTORY: Elmhurst              ISSUE DATE: October  1993

        LIST:           Americash Jewelers And Loan
                        16 W Ogden Av
                        Westmont IL
                        708 969-8494

Heading:        PAWNBROKERS
Unit:           Bold Listing
Rate:               $16.45
Unit:           Offered Extra Line Listing(s)
Rate:               $.00
                    Cash Loans On Diamonds ⴲ Jewelry ⴲ Gold

Effective October 1993, your monthly billing for the
Elmhurst directory will be $16.45.

DIRECTORY: Naperville            ISSUE DATE: October  1993

        LIST:           Americash Jewelers And Loan
                        16 W Ogden Av
                        Westmont IL
                        708 969-8494

Heading:        LOANS
Unit:           Bold Listing
Rate:               $9.75
Unit:           Offered Extra Line Listing(s)
Rate:               $.00
                    Cash Loans On Diamonds ⴲ Jewelry ⴲ Gold

Heading:        PAWNBROKERS
Unit:           1" Space Listing Red
Rate:               $37.75

        LIST:           Americash Coin Inc
                        16 W Ogden Av
                        Westmont IL
                        708 969-8493

Heading:        COIN DEALERS
Unit:           Bold Listing
Rate:               $9.75
Unit:           Offered Extra Line Listing(s)
Rate:               $.00
                    Top Cash Paid Coins ⴲ Gold ⴲ Jewelry

        LIST:           Americash Jewelers
                        16 W Ogden Av
                        Westmont IL
                        708 969-8492

Heading:        JEWELERS-RETAIL
Unit:           1" Space Listing Red

                    (Continued on next page)                    01290

DT 5107



**DocTech**

A Partnership between Ameritech Publishing and Reuben H. Donnelley

January 30, 1993                                                                Page    7

Rate: $37.75

Effective October 1993, your monthly billing for the
Naperville directory will be $95.00.

DIRECTORY: Glen Ellyn                 ISSUE DATE: October  1993

        LIST:             Americash Jewelers And Loan
                          16 W Ogden Av
                          Westmont IL
                          708 969-8494
Heading:     PAWNBROKERS
Unit:        1 Inch Space Listing
Rate:             $40.50

        LIST:             Americash Coin Inc
                          16 W Ogden Av
                          Westmont IL
                          708 969-8493
Heading:     COIN DEALERS
Unit:        Bold Listing
Rate:             $16.80
Unit:        Offered Extra Line Listing(s)
Rate:             $.00
                  Top Cash Paid Coins aB Gold aB Jewelry

        LIST:             Americash Jewelers
                          16 W Ogden Av
                          Westmont IL
                          708 969-8492
Heading:     JEWELERS-RETAIL
Unit:        Bold Listing
Rate:             $16.80
Unit:        Offered Extra Line Listing(s)
Rate:             $.00
                  Top Cash Paid Jewelry aB Diamonds aB Gold

Effective October 1993, your monthly billing for the
Glen Ellyn directory will be $74.10.

DIRECTORY: Lombard-Villa Pk      ISSUE DATE: October  1993

        LIST:             Americash Jewelers And Loan
                          16 W Ogden Av
                          Westmont IL
                          708 969-8494
Heading:     PAWNBROKERS
Unit:        1 Inch Space Listing
Rate:             $35.00

                  (Continued on next page)              01291

DT 5107



**Do Tech**
A Partnership between Ameritech Publishing and Reuben H. Donnelley

January  30, 1993                                                    Page    3

```
LIST:            Americash Coin Inc
                 16 W Ogden Av
                 Westmont IL
                 708 969-8493

Heading:   COIN DEALERS
Unit:      Bold Listing
Rate:         $15.55
Unit:      Offered Extra Line Listing(s)
Rate:         $.00
                 Top Cash Paid Coins aB Gold aB Jewelry


    LIST:            Americash Jewelers
                     16 W Ogden Av
                     Westmont IL
                     708 969-8492

Heading:   JEWELERS-RETAIL
Unit:      Bold Listing
Rate:         $15.55
Unit:      Offered Extra Line Listing(s)
Rate:         $.00
                 Top Cash Paid Jewelry aB Diamonds aB Gold
```

Effective October 1993, your monthly billing for the
Lombard-Villa Pk directory will be $66.10.

DIRECTORY: Aurora              ISSUE DATE: October  1993

```
    LIST:            Americash Jewelers And Loan
                     16 W Ogden Av
                     Westmont IL
                     708 969-8494

Heading:   PAWNBROKERS
Unit:      Bold Listing
Rate:         $14.70
Unit:      Offered Extra Line Listing(s)
Rate:         $.00
                 Immediate Cash On Anything Of Value
```

Effective October 1993, your monthly billing for the
Aurora directory will be $14.70.

DIRECTORY: Bloomingdale,IL     ISSUE DATE: October  1993

```
    LIST:            Americash Jewelers And Loan
                     16 W Ogden Av
                     Westmont IL
                     708 969-8494

Heading:   PAWNBROKERS
```

(Continued on next page)                01292

DT 5107


A Partnership between Ameritech Publishing and Reuben H. Donnelley

January  30, 1993                                            Page   ?

```
Unit:          Bold Listing
Rate:              $8.05
Unit:          Offered Extra Line Listing(s)
Rate:              $.00
                       Immediate Cash On Anything Of Value

Effective October 1993, your monthly billing for the
Bloomingdale,IL directory will be $8.05.

DIRECTORY: Lemont                    ISSUE DATE: May  1993

        LIST:          Americash Jewelers And Loan
                       16 W Ogden Av
                       Westmont IL
                       708 969-8494

Heading:       PAWNBROKERS
Unit:          Bold Listing
Rate:              $9.75
Unit:          Offered Extra Line Listing(s)
Rate:              $.00
                       Immediate Cash On Anything Of Value

Effective May 1993, your monthly billing for the
Lemont directory will be $9.75.

DIRECTORY: Near W Reg W & Y    ISSUE DATE: April  1993

        LIST:          Americash Jewelers And Loan
                       16 W Ogden Av
                       Westmont IL
                       708 969-8494

Heading:       PAWNBROKERS
Unit:          1" Space Listing Red
Rate:              $57.50

Heading:       LOANS
Unit:          Bold Listing
Rate:              $18.85
Unit:          Offered Extra Line Listing(s)
Rate:              $.00
                       Cash Loans On Diamonds @B Jewelry @B Gold

        LIST:          Americash Coin Inc
                       16 W Ogden Av
                       Westmont IL
                       708 969-8493

Heading:       COIN DEALERS
Unit:          1" Space Listing Red
Rate:              $67.50
```

                       (Continued on next page)                  01293

DT 5107



January 30, 1993                                                    Page 17

LIST:        Americash Jewelers
             16 W Ogden Av
             Westmont IL
             708 969-8492

Heading:     JEWELERS-RETAIL
Unit:        1" Space Listing Red
Rate:        $67.50

Heading:     APPRAISERS
Unit:        Bold Listing
Rate:        $18.85
Unit:        Offered Extra Line Listing(s)
Rate:        4.00
             Estate Jewelry Appraisal Specialist

Effective April 1993, your monthly billing for the
Near W Peg W & Y directory will be $240.20.

Please do not pay on receipt of this notice.  You will be
billed separately.

Thank you once again for trusting your advertising needs to
DonTech.  If you have any questions, please call our Customer
Service number below.  If you prefer, you may contact us in
writing at 205 N Michigan Avenue, Chicago, IL 60601.

   CUSTOMER SERVICE REPRESENTATIVE: 1-312-861-2551


Sincerely

STEGAL.M
Sales Representative


00000294 011993   1 083P9J18   93029     C5002160-05     0129+

DT 5107



A Partnership between Ameritech Publishing and Reuben H.Donnelley

February 7, 1993                                               Page    1

Billing Telephone Number: 708 969-8492                    ____

              JOHN BURNETT
              Americash Jewelers
              16 W Ogden Av
              Westmont IL 60559

Dear JOHN BURNETT:

Thank you for continuing to advertise with DonTech (Formerly
Donnelley Directory).  We at DonTech constantly strive to
maintain the accuracy of our customer's advertising programs.
Subject to the terms on the reverse side of this letter,
DonTech confirms the appearance of the following unit(s)
of advertising at their current rates.

DIRECTORY: Hinsdale              ISSUE DATE: October  1993

        LIST:        Americash Jewelers And Loan
                     16 W Ogden Av
                     Westmont IL
                     708 969-8494

Heading:   PAWNBROKERS
Unit:      1" Space Listing Red
Rate:         $30.00

Heading:   LOANS
Unit:      1 Inch Space Listing
Rate:         $20.00

        LIST:        Americash Coin Inc
                     16 W Ogden Av
                     Westmont IL
                     708 969-8493

Heading:   COIN DEALERS
Unit:      1" Space Listing Red
Rate:         $30.00

        LIST:        Americash Jewelers
                     16 W Ogden Av
                     Westmont IL
                     708 969-8492

Heading:   JEWELERS-RETAIL
Unit:      1" Space Listing Red
Rate:         $30.00

Heading:   APPRAISERS
Unit:      Bold Listing
Rate:         $8.75
Unit:      Offered Extra Line Listing(s)
Rate:         $.00
                   Estate Jewelry Appraisal Specialist

              (Continued on next page)              01605

DT 5107

Case 1:00-cv-01902    Document 1    Filed 03/29/2000    Page 41 of 68



Effective October 1993, your monthly billing for the
Hinsdale directory will be $118.75.

Please do not pay on receipt of this notice.  You will be
billed separately.

Thank you once again for trusting your advertising needs to
DonTech.  If you have any questions, please call our Customer
Service number below.  If you prefer, you may contact us in
writing at 205 N Michigan Avenue, Chicago, IL 60601.

      CUSTOMER SERVICE REPRESENTATIVE: 1-312-861-2551


Sincerely

SIEGAL.M
Sales Representative


00000294 011993    1 088P9J1B   93038       C5002160-05      01606

DT 5107



A Partnership between Ameritech Publishing and Reuben H.Donnelley

February 5, 1993                                                    Page    1

Billing Telephone Number: 708 969-8492

                    JOHN BURNETT
                    Americash Jewelers
                    16 W Ogden Av
                    Westmont IL 60559

Dear JOHN BURNETT:

Thank you very much for your recent order for advertising
with DonTech (Formerly Donnelley Directory).  Subject to
the terms on the reverse side of this letter, DonTech con-
firms the appearance of the following unit(s) of advertising
and the directories in which they will appear.

DIRECTORY: Downers Grove          ISSUE DATE: October  1993

        LIST:        Americash Jewelers And Loan
                     16 W Ogden Av
                     Westmont IL
                     708 969-8494

Heading:     LOANS
Unit:        Bold Listing
Rate:          $11.95
Unit:        Offered Extra Line Listing(s)
Rate:          $.00
                Cash Loans On Diamonds aB Jewelry aB Gold

Heading:     PAWNBROKERS
Unit:        1" Space Listing Red
Rate:          $43.50

        LIST:        Americash Coin Inc
                     16 W Ogden Av
                     Westmont IL
                     708 969-8493

Heading:     COIN DEALERS
Unit:        Bold Listing
Rate:          $11.95
Unit:        Offered Extra Line Listing(s)
Rate:          $.00
                Top Cash Paid Coins aB Gold aB Jewelry

Heading:     COIN DEALERS
Unit:        Bold Listing
Rate:          $11.95
Unit:        Offered Extra Line Listing(s)
Rate:          $.00
                Top Cash Paid Coins aB Diamonds aB Jewelry

                    (Continued on next page)              00635

DT 5107



**A Partnership between Ameritech Publishing and Reuben H. Donnelley**

February 5, 1993                                                    Page    2

        LIST:        Americash Jewelers
                     16 W Ogden Av
                     Westmont IL
                     708 969-8492

Heading:    JEWELERS-RETAIL
Unit:       1" Space Listing Red
Rate:       $43.50

Effective October 1993, your monthly billing for the
Downers Grove directory will be $122.85.

Please do not pay on receipt of this notice.  You will be
billed separately.

Thank you once again for trusting your advertising needs to
DonTech.  If you have any questions, please call our Customer
Service number below.  If you prefer, you may contact us in
writing at 205 N Michigan Avenue, Chicago, IL 60601.

    CUSTOMER SERVICE REPRESENTATIVE: 1-312-861-2551


    Sincerely

    SIEGAL.M
    Sales Representative




        00000294 011993    1 088P9J1B   93035     C5002160-05      00636

DT 5107



A Partnership between Ameritech Publishing and Reuben H. Donnelley

March 26, 1993                                                    Page    1

Billing Telephone Number: 708 969-8492                            ____

                    JOHN BURNETT
                    Americash Jewelers
                    16 W Ogden Av
                    Westmont Il 60559

Dear JOHN BURNETT:

Thank you for continuing to advertise with DonTech (Formerly
Donnelley Directory).   We at DonTech constantly strive to
maintain the accuracy of our customer's advertising programs.
Subject to the terms on the reverse side of this letter,
DonTech confirms the appearance of the following unit(s)
of advertising at their current rates.

DIRECTORY: FarWest Regional      ISSUE DATE: April  1993

        LIST:            Americash Jewelers And Loan
                         16 W Ogden Av
                         Westmont Il
                         708 969-8494

Heading:    LOANS
Unit:       Free Listing
Rate:          $.00
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                         Cash Loans On Diamonds @B Jewelry @B Gold

Heading:    PAWNBROKERS
Unit:       1" Space Listing Red
Rate:       $77.25

        LIST:            Americash Coin Inc
                         16 W Ogden Av
                         Westmont Il
                         708 969-8493

Heading:    GOLD, SILVER & PLATINUM BUYERS
Unit:       Free Listing
Rate:          $.00
Unit:       Offered Extra Line Listing(s)
Rate:          $.00
                         Top Cash For Gold @B Diamonds @B Jewelry

Heading:    COIN DEALERS
Unit:       1" Space Listing Red
Rate:       $77.25

        LIST:            Americash Jewelers
                         16 W Ogden Av
                         Westmont Il
                         708 969-8492

                    (Continued on next page)              00553

DT 5107



A Partnership between Ameritech Publishing and Reuben H. Donnelley

March 26, 1993                                              Page    2

Heading:    APPRAISERS
Unit:       Free Listing
Rate:            $.00
Unit:       Offered Extra Line Listing(s)
Rate:            $.00
                 Estate Jewelry Appraisal Specialist

Heading:    DIAMONDS
Unit:       Bold Listing
Rate:           $20.00
Unit:       Offered Extra Line Listing(s)
Rate:            $.00
                 Highest Prices Paid-Any Size Or Shape

Heading:    JEWELERS-RETAIL
Unit:       1" Space Listing Fed
Rate:           $77.25

Effective April 1993, your monthly billing for the
FarWest Regional directory will be $251.75.

Please do not pay on receipt of this notice.  You will be
billed separately.

Thank you once again for trusting your advertising needs to
DonTech.  If you have any questions, please call our Customer
Service number below.  If you prefer, you may contact us in
writing at 205 N Michigan Avenue, Chicago, IL 60601.

        CUSTOMER SERVICE REPRESENTATIVE: 1-312-861-2551


Sincerely

SIEGAL.M
Sales Representative




00000294 011993    1 088P9J1B  93084       C5002160-05      00554

DT 5107

COPY

## HUCK, BOUMA, MARTIN, CHARLTON & BRADSHAW, P.C.
### ATTORNEYS AT LAW

Elizabeth A. Bates
Ralph R. Bouma, Jr.
Mark E. Brabec
George M. Bradshaw
James M. Charlton
Brett M. Dale
James M. Huck, Jr.
John P. Martin
Kate L. McCracken
Michael S. Morrison
Patricia Cadagin O'Brien
Robert L. Renfro
Charlotte Skroch
Lawrence A. Stein

1755 S. Naperville Road, Suite 200
WHEATON, ILLINOIS 60187
(630) 221-1755
Fax: (630) 221-1756

Fox Valley Office:
115 Campbell Street, Suite 218
Geneva, Illinois 60134
(630) 232-9900
Fax: (630) 221-1756

April 1, 1998

*Via Registered Mail*
*Return Receipt Requested*
Americash Loans, L.L.C.
1488 Miner
DesPlaines, IL 60016

RE:    Trade Name Infringement
       Our File No. 6206-1

Dear Sir:

The undersigned represents Americash Jewelers, Inc., an Illinois corporation.  Americash Jewelers operates under several trade names and has several service marks valid and issued by the Illinois Secretary of State.  One such service mark is "Americash Jewelers and Loan, Inc.".  For your convenience, enclosed with this letter is a copy of the Registration issued by the Illinois Secretary of State.

Your use of the name "Americash Loans" is clearly an infringement of my client's registered service mark.  You are accordingly requested to immediately cease and desist from using the name "Americash Loans", or any similar name, in any business whatsoever related to the making of loans.

After discussing this with the counsel of your choice, please contact me so that we may arrange time table for your cessation of this infringement.

Of course, if you do not voluntarily cease this infringing conduct, my client's only remaining option will be to file suit seeking temporary and permanent injunctions, damages, costs and attorney's fees.

I am confident that this matter can be resolved amicably and look forward to your response.

Yours very truly,

Mark E. Brabec

cc: John Burnett
Enclosure
*MEB/nsh/R:\6000's\6200-6299\6206-1\33198 americash loans ltr.wpd*

FROM : AMERICASH JEWELERS IN         PHONE NO. : 630+969+8493              12 2000 12:59PM P3



**OFFICE OF THE SECRETARY OF STATE**

**SPRINGFIELD, ILLINOIS 62756**

**GEORGE H. RYAN**
SECRETARY OF STATE

MARCH 22, 1993

AMERICASH JEWELERS. INC.
16 WEST OGDEN AVENUE
WESTMONT, ILLINOIS 60559-0000

    Enclosed is a Certificate of Registration for the following SERVICEMARK:

    "AMERICASH JEWELERS AND LOAN, INC." registration number 072138

    Receipt is hereby acknowledged of the statutory fee covering the cost of same. An application for renewal will be mailed to the registrant approximately six months prior to the expiration date. Please notify the department listed below of any change of address to ensure delivery of the renewal notice.

    Sincerely,

LINDA BOHAN
Trademark Division

Department of Business Services
Room 328 Centennial Building
Springfield, Illinois 62756

(217) 524-0400

FROM : AMERICASH JEWELERS            PHONE NO. : 630+969+8493            Jan. 12 2000 12:59PM P4



**SERVICEMARK**

**CERTIFICATE OF REGISTRATION**

Whereas, it appears from the application of IRENE BURNETT located and doing business at 16 WEST OGDEN AVENUE, WESTMONT, ILLINOIS 60559, a corporation of the State of ILLINOIS, that said applicant has adopted and is using, within the State of Illinois, a certain SERVICEMARK, which is described as follows: "AMERICASH JEWELERS AND LOAN, INC." a specimen or facsimile of which mark, as currently used, is attached hereto:



# Americash
### Jewelers & Loan, Inc.

the mark was first used on JANUARY 11, 1993, and first used in the State of Illinois on JANUARY 11, 1993, the mark is being used by said applicant to identify and distinguish "BUY, SELL, LOAN, CASH AND PAWN ON ITEMS OF VALUE, MAINLY JEWELRY, COLLECTABLES, ETC." in Class S-102.

The application has been duly examined and said mark has been found to be registrable in accordance with the laws of this State. Said mark is therefore, registered as of this day, number 072138 for a ten year period.



In Witness Whereof, I have hereunto set my hand and caused to be affixed the Great Seal of State, at the Capitol in the City of Springfield, MARCH 22, 1993.

_George H. Ryan_

GEORGE H. RYAN
SECRETARY OF STATE

LITHOGRAPHIC-L

018889 © Ameritech 1999

018889 © Ameritech 1999



& More...
• BOAT
• MEETINGS
MET FOODS
• 7 Days
edepot.com

770

## LITERARY AGENTS

EDUCATIONAL MATERIALS CORP
1000 N Lake Shr Dr Chicago---------- 312 335-9031
KRETCHMERE LITERARY ASSOC
39 S LaSalle Chicago---------------- 312 578-9025
MULTIMEDIA PRODUCT DEVELOPMENT INC
410 S Mich Av Chicago------------- 312 922-3063
PROMEDIA MANAGEMENT LTD
320 N Mich Av Chicago------------- 312 551-0203

## LITHOGRAPHERS

ADMIRAL OFFSET PRINTING CORP
466 W Superior Chicago------------- 312 664-0893
BRO'S LITHOGRPHG CO
1326 W Washngtn Chicago---------- 312 666-0919
CHICAGO PREPRESS COLOR CO
1313 W Randlph Chicago------------ 312 226-7750
CHROMA GRAPHICS CORP
722 S Sherma Chicago--------------- 312 663-5588
GOLITKO LITHOGRAPHING SERVICE INC
2003 W Fultn Chicago-------------- 312 421-3675
INSTANT PRINTING CORP
Loop Ofcs
180 N La Sal Chicago----------- 312 263-6212
J & J GRAPHICS
1313 W Randlph Chicago------------ 312 243-1793
K & K LITHO CO
952 W Lake Chicago---------------- 312 226-8012
KITTREDGE R J & CO
600 W Van Buren Chicago---------- 312 902-1700
KUBIN NICHOLSON CORP
333 N Mich Av Chicago------------- 312 346-3771
MARS LITHO-CRAFT
517 S Jeffrsn
----------------- Chicago Tel No 312 427-3208
MILLAR PUBG CO PRNTG
1220 W Van Buren Chicago--------- 312 226-5553
PETTERSEN ASSOCIATES INC
1130 W Adams Chicago------------- 312 243-6000
REVERE GRAPHIC SERVICE CO
815 S Jeffrsn Chicago-------------- 312 922-8816
SOODIK PRINTING CO
123 N Sangamn Chicago----------- 312 666-8100
SPECTRALITH INCORPORATED
650 S Clark Chicago---------------- 312 922-0196
WILLARD GRAPHICS
1141 W Washngtn Chicago--------- 312 666-1104

USE THE YELLOW PAGES OF THE TELEPHONE DIRECTORY TO CATCH THE EYE OF THE MAN OR WOMAN READY TO BUY. ADVERTISING IN THE YELLOW PAGES TELLS WHERE TO BUY THE PRODUCT OR SERVICE YOU WANT. USE THIS HANDY BUYERS GUIDE TO DO YOUR SHOPPING. IT TELLS YOU WHERE TO GO WHEN YOU HAVE THE TIME AND TROUBLE

## LITHOGRAPHIC EQUIP

See Also Printing Equip

BESCO GRAPHICS SYSTEMS CORP
35 E Wacker Dr Chicago---------- 312 220-0042
LITHO-ROLL CHICAGO
1729 S Halstd Chicago------------ 312 666-4096

## LITHOGRAPHIC NEGATIVES & PLATES

COLORWORKS GRAPHICS INC
451 N Racine Av Chicago---------- 312 666-7642
PROCESS COLOR PLATE A SCHAWK CO
1200 W Monroe Chicago---------- 312 243-2216
TRIANGLE LITHOPLATE INC
1033 W Van Buren Chicago------- 312 733-7700
UNIFORM GRAINING CORPORATION
2120 W Lake Chicago------------- 312 226-3305

## Livery Service–Automobile

See Limousine Service

## LIVESTOCK–COMMISSION

REFCO GROUP LTD
111 W Jacksn Bl Chicago--------- 312 930-6500

## LOANS

ADVANTAGE TITLE CO
11 S LaSalle Chicago------------- 312 704-0160
AMERICAN GENERAL FINANCE
Loop
200 W Adams Chicago-------- 312 263-2030
AMERICASH 103 W Divsn Chicago-- 312 397-9777
BROTHER LOAN & FINANCE CO
328 S Jeffrsn Chicago----------- 312 655-0607

BUDGET COUNSELORS CREDIT SERVICES INC
BILL CONSOLIDATION
1-800-428-2806
CALL US WE'LL HELP!
STOP or REDUCE INTEREST
312-822-1090   CHICAGO

CIB BANK 200 W Adams Chicago---- 312 580-7940
CAMPUS CASH
2216 W Taylor Chicago----------- 312 492-9292

CASH EXCHANGE PAWNSHOP
IMMEDIATE CA$H LOAN!
• JEWELRY • DIAMONDS • WATCHES
• ESTATES • COLLECTIBLES
• MUSICAL INSTRUMENTS
LOW   773  262-2274  Get The Most
RATES  1236 W. DEVON   For Your Valuables!

CHECK N' GO
3125 S Ashland Av Chicago------- 773 843-9200
CHGO LOAN COMPANY
1303 S Mich Av Chicago---------- 312 986-1422
CHICAGO LOAN CO INC
357 W Chgo Av Chicago---------- 312 274-0412
COMMERCE LOAN CO
225 W Washngtn Chicago-------- 312 853-6100

A HELP TO HOME MANAGERS. THESE YELLOW PAGES ARE PACKED WITH BUYING FACTS ABOUT THINGS NEEDED TO RUN A HOME OR BUSINESS. CONSULT THE YELLOW PAGES TO FIND OUT WHERE TO BUY IT. ACTION PEOPLE LET THEIR FINGERS DO THE WALKING THROUGH THE YELLOW PAGES.

NEED $50-$500...INSTANT

JUST BRING

NO CREDIT CHECK

OPEN 7 DAYS/WEEK
9-8 Mon.-Sat.
10-4 Sun.

☑ VALID I.D.   ☑ CURRENT CHE
☑ CURRENT      ACCT. STATEM
PAYSTUB      ☑ PERSONAL CH

Se Habla Españo

INSTANT CA$H ADVANCE
773.549.CA$H
2274

Call For Other Convenien
Chicago's Answer For F
1113 W. Chicago Ave. • C
West Town Ctr. 1238 N. Ashla
SOME RESTRICTIONS MA

continued

CONTIMORTGAGE
500 E Remington Street
Schmbrg------------------ 847 755-1130
CORUS BANK
Commercial Real Estate Lending
10 S Rivrsd Plz Chicago--------- 312 454-1200
DELAWARE PLACE BANK
190 E Delawr Pl Chicago-------- 312 280-0360
FIRST SOURCE FINANCIAL INC
122 Chicago--------------- 312 755-0930
INDEX ENVIRONMENTAL INC
178 W Randlph Chicago---------- 312 236-6663
INSTA CASH
111 W Jacksn Bl Chicago-------- 312 341-0264
INSTA CASH
111 W Jackson Bl
Chicago--------------Chgo Tel No 773 722-2274
INSTANT CASH ADVANCE
1113 W Chicago Chicago--------- 773 549-2274
See Our Ad This Page
LAKESIDE BANK
55 W Walker Dr Chicago--------- 312 435-5100
LOAN EXPRESS COMPANY INC
28 E Jackson Bl Chicago--------- 312 341-2945
MEDALLION FINANCIAL CORP
111 W Washngtn Chicago-------- 312 346-1090
NOBLE FINANCE
220 S State Chicago------------- 312 554-8788

PAY DAY LOANS
10 MINUTE     NO CREDIT CHECKS
PAY DAY LOANS   APPLY BY FAX!
CALL FOR DETAILS
POST-DATED PERSONAL CHECK LOANS
CASH TODAY - YOUR PERSONAL CHECK
DEPOSITED 14 DAYS LATER

ALSO OFFERING INSTALLMENT LOANS
TWO DOWNTOWN LOCATIONS
Near Merchandise Mart    State Of IL Building
408 N Wells           100 W. Randolph
Chicago, IL 60610      Chicago, IL 60601
(312) 832-1800  (312) 263-1400
FX (312) 832-0131  FX (312) 263-8104

PAYDAY EXPRESS
668 N La Salle Dr Chicago------- 312 664-6669
REAL INFO 120 N La Sal Chicago-- 312 795-1201
SOUTH LOOP FINANCIAL SERVCIES
2109 S Wabash Av Chicago------- 312 328-1310

THE YELLOW PAGES ARE A HANDY BUYER'S GUIDE. THE YELLOW PAGES TELL YOU WHERE TO BUY. THEY SAVE YOU TIME AND TROUBLE - QUICKLY FIND THE PRODUCT OR SERVICE YOU WANT.

continued

SUNTRUST LEASING
101 W Grand Av Chicago
U S LOAN LTD PARTNER
351 W Hubbard
Chicago-------------- C
WORLD SAVINGS OF AM
220 S State Chicago---

Loans–Real Estate
See Banks; Also Mortgages
Associations

## LOBBY

EASTERN LOBBY SHOP
210 S Canal Chicago----

## LOCKS & LO

AAA ALWAYS FIX-IT
LOCKE
LOST
AUTO - HOM
Locks Install
24 Hr Eme
773-4
License - Bonded - I

A AACME LOCK SE



LOC

LOCK
Chicagola
Lock & K
Medeco Hi
A
Viso & Ma

EME
SE
312-3
849 W

ameritech 1999

NUM CO
supplies

847 679-4600
IC
Ghost Roller

847 487-8877

.-- 847 966-1121

-- 630 773-3737

& Supplies
--708 345-1400
CE
s---847 758-2110
--847 806-0622
& SUPPLY CO
o--773 583-5443
& SUPPLY CO
o---773 583-0701

PANIES
nic Chemicals

--847 295-1331

--708 339-5115
CO
:-708 352-2565
PORATION
SETTING-VANSON
2 226-3305

GERS. THESE
ACKED WITH
DT THINGS
HOME OR
HE YELLOW
WHERE TO
E LET THEIR
ING THROUGH
GES.

**018888 © Ameritech 1999**    Area code 312 unless otherwise indicated    **LITHOG**

**LITHOGRAPHING ON METAL 2752**

**LOADING DOCK EQUIPMENT 6084**

BROCKWAY STANDARD
2501 United Ln Elk Grv Vlg--847 350-0015
DARCO STEEL & WIRE
Steel Processing/Waxing/Surface Prepping
1600 S Laflin Chicago---- 312 243-3000
FORT DEARBORN DIGITAL
1530 Morse Av------------847 357-9100
LITHO-GRAPHIC METAL CORP
6600 S Oak Park Av
Bedfd Pk-----------------708 594-9022
PRE FINISH METALS INC
2300 Pratt Bl Elk Grv Vlg---847 439-2210
PRINTING PRESSES SALES &
SERVICE INC
4821 W 67th Bedfd Pk--**708 458-4000**
UNITECH PREPRESS SOLUTIONS INC
With A Full Service Art Studio
450 Windy Pt Dr
Glendl Hts
------GlenXpmyn'ble **630 858-8900**
UNITED STATES CAN CO
4100 W 42nd Pl Chicago---773 523-0163

**Livery Service--Automobile**
See Limousine Service

**LIVESTOCK AUCTION MARKETS-5154**

LOWELL LIVESTOCK AUCTION INC
181 Av & Wicker Av
Lowel IN---------------- 219 696-9313

**LIVESTOCK BREEDERS-751**

AMERICAN SHROPSHIRE REGISTRY ASSOC
Harvard-----------------815 943-2034
GYPSY GLEN HUNT CLUB
30808 N Darrell Rd McHnry-815 385-2144
PICKET FENCE FARM INC
627 S Fairfld Rd Lake Villa-- 847 265-0111
RJJ POLLED HEREFORDS
46W276 Rt 38 Mpl Pk------ 630 365-1910
SHAMROCK BEEF CATTLE FARM
533 N Draper Rd McHnry---815 385-4148
TEMPEL FARMS
17000 W Wadsworth Rd
Old Mill Crk------------847 244-5330

**LIVESTOCK COMMISSION-751**

REFCO GROUP LTD
111 W Jacksn Bl Chicago- 312 930-6500

**LIVESTOCK DEALERS-751**

BENJAMIN SIDNEY & SON AGENCY
10555 W Wilmington-Peotone Rd
Peotone----------------- 708 258-3876
14 W 5th Mantno----------815 468-3707
KAHN DAIRY CATTLE CO
31601 S 120th Av Peotone- 708 258-0041
KENYON BROTHERS COMPANY
33W726 Kenyon Rd Elgn--- 847 741-1818
LIVESTOCK TECH INC
641 Carroll Pkwy Glnwd----708 755-4680

**LIVESTOCK ORDER BUYERS-751**

BEETSTRA LEONARD
9616 Rt 14 Harvrd---------815 943-6583
SARGON INTERNATIONAL TRADING CO
925 Leamingtn Av Glenvw---847 998-0280

**Loaders**
See Conveyors & Conveying Equipment;
Also Cranes

**Loading Dock Covers**
See Dock Covers

ADVERTISING IN THE YELLOW
PAGES TELLS WHERE TO BUY THE
PRODUCT OR SERVICE YOU WANT.
US THIS HANDY BUYERS' GUIDE

HAJACK INC-------------708 345-2000
JEFCOR LTD
Sales Service Installation
608 S Auburn Ln Schmbrg--847 891-7566
REILLY PAUL COMPANY
520 Monterey Dr Crystl Lk--815 356-0165

**LOANS-6021**

ABC PAWN SHOP
428 S Clark Chicago-------312 663-3901
**ADVANCE AMERICA**

**Need Cash Today?**
Advance America can make you an
instant cash advance until payday.
It's quick!
Easy!
No lengthy credit check!
Call 888-68-CASH NOW
8127 S Cicero Ave Chicago---**888-682-2746**
3243 N Harlem Ave Chicago--**888-682-2746**

ADVANTAGE TITLE CO
11 S LaSalle Chicago-------312 704-0160
AMALGAMATED BANK OF CHICAGO
1 W Monroe Chicago-----**312 822-3000**
AMERICAN GENERAL FINANCE
Consumer Loans
Loop
200 W Adams Chicago---312 263-2030
Northwest
4710 W Irving Pk Rd
Chicago---------------773 545-7100
Southwest
4401 W 63rd Chicago---773 581-0250
West Town
1439 N Milwke Av
Chicago---------------773 862-1100
AMERICAN HOME LOANS
5239 W Diversey Chicago
Toll Free-------------800 772-2880
AMERICAN LENDERS SERVCIE CO OF
CHICAGO
Lemont------Aurora Tel No 630 585-2930
AMERICAN LOAN CO INC
8159 S Stony Islnd Av
Chicago---------------773 768-2000
AMER SECURITY MORTGAGE CO
ChgoTelNo 312 951-0096
AMERICASH
4815 W Irvng Pk Rd
Chicago---------------773 736-9777
ASSOCIATED BANK
200 E Randolph Chicago-- 312 861-1000
ASSOCIATES FINANCIAL
3289 N Milwke Av Chicago-773 772-5827
AUTO TITLE LENDERS
2922 N Clark
Chicago------ChgoTelNo 773 549-5700
BANCA DI ROMA
225 W Washngtn Chicago--312 368-8855
**BANCO POPULAR NORTH & PULASKI**
4000 W North Av
Chicago-----------------**773 772-8600**
BANK CALUMET
9800 Wicker Av
St John IN---------------**219 365-3661**
BENEFICIAL ILLINOIS INC
Chicago
6099 S Archer Av Chicago-773 735-4900
Chicago
4046 N Narragansett Av
Chicago---------------773 205-2005
BEVERLY ELITE FINANCIAL SERVICES
2136 W 95th Chicago-----773 238-4600
BONLAR LOAN CO
2247 W Lawrnc Av Chicago-773 769-4700
BROTHER LOAN & FINANCE CO
328 S Jeffrsn Chicago---- 312 655-0607
BUDGET COUNSELORS CREDIT SERVICES
INC Chicago-----Chgo Tel No 312 822-1090
CENTRAL CREDIT CORP
2635 W 59th Chicago-----773 471-5060
CHECK INTO CASH
3023 N Pulaski Rd Chicago-773 286-6030
CHECK 'N GO
2307 W Lawrence Av
Chicago---------------773 271-0303
3327 W North Av Chicago--773 486-4200
5240 N Pulaski Rd Chicago-773 539-7000
CHECKCHANGERS FINANCIAL CLEARING
6200 N Hiawatha Av
Chicago---------------773 205-1400
CHECK-N-ADVANCE INC

**continued**

CHICAGO LOAN CENTRE THE
2709 S Pulaski Rd Chicago-773 521-8000
CHGO LOAN COMPANY
1303 S Mich Av Chicago---312 986-1422
CHICAGO LOAN CO INC
357 W Chgo Av Chicago---312 274-0412
CITY & SUBURBAN MORTGAGE LIMITED
5151 N Harlem Av Chicago 773 774-1000
COLLEGE FUND DIVISION OF UICI
3150 N Sheridn Rd
Chicago---------------773 525-5643
COLLIER PARIS Chicago----773 785-3355
COSMAT LOAN CO INC
3601 W Belmnt Av Chicago-773 463-6274
COSMOPOLITAN BANK & TRUST
"Full Service Banking"
801 N Clark Chicago-----**312 664-5200**
COUNTRYWIDE HOME LOANS
2920 N Ashland Av Chicago-773 244-5090
DAMEN NATL BANK
Established 1916-Se Habla Espanol
5100 S Damen Av
Chicago---------------**773 776-2546**
DEVON FINANCIAL SERVICES
6414 N Westrn Av Chicago-773 381-2500
DEVON FINANCIAL
6303 N Clark Chicago-----773 465-3400
E-Z LOAN
3555 W Irvng Pk Rd
Chicago---------------773 866-1400
EASY CASH
9538 W 26th Chicago-----773 762-9458
EMPIRE TITLE LOAN INC
3935 N Pulaski Rd Chicago-773 463-2530
ESCOBAR CESAR
We Speak Spanish
2815 N Kimball Av Chicago-773 862-8170
**EXPRESS LENDING OF AMERICA**
Toll Free---------------**800 755-0901**
    **See our Ad This Page**
FIDELITY LOAN BANK--------773 276-6498
FIRST CHICAGO LOAN CO
4950 N Marine Dr Chicago--773 907-8101
1ST NATL BANK OF LINCOLNWOOD
6401 N Lincln Av
Lincwd-----------ChgoTelNo 773 583-4800
FIRST SOURCE FINANCIAL INC
---------------------312 755-0930
FIRSTAR
5850 W Belmnt Av Chicago-773 283-3700
FIRSTAR 5340 N Clark-------773 769-2100
FIRSTAR
6400 W Diversy Av Chicago-773 889-0800
FIRSTAR
3611 N Kedzie Av Chicago--773 588-5100
FIRSTAR
5201 W Madisn Chicago---773 854-0670
FIRSTAR
30 N Michigan Av Chicago- 312 641-1000
FRANKLIN CAPITAL CORP
Accounts Receivable Factoring
55 W Monroe Chicago-----312 372-8555
G TC FINANCIAL SERVICES LTD
Difficult Commercial Loans & Foreclosure
Refinancing
Loans From $250,000 To 30 Million
817 S Stout Av Oak Prk----708 386-4400
GREAT AMERICAN CASH ADVANCE
475 S Kedzie Av Chicago---773 254-0035
6121 N Westrn Av

**continued**

GREAT AMERICAN CASH ADVANCE OF IL
2957 W Irvng Pk Rd
Chicago---------------773 866-0068
**GREEN TREE MORTGAGE SERVICES**
Toll Free---------------**800 281-0055**
HARBORSIDE FINANCIAL NETWORK INC
3808 N Ashlnd Av Chicago-773 281-6900
HARRIS BANK
111 W Monroe Chgo------312 461-2121
2927 W Addison Av Chgo--773 539-9576
4531 N Broadway Chicago-773 561-0800
455 N Cityfront Plz Chgo---312 822-9300
901 E 47th St Chgo-------773 451-2600
5960 W Irving Pk Rd Chgo--773 282-7144
4723 S Kedzie Av Chicago-773 843-7230
3900 W Madison St Chgo---312 261-7800
1701 W Monterey Av Chgo- 773 298-8580
5450 W North Av Chgo-----773 252-2440
5454 W North Av Chgo-----773 637-5900
6400 S Pulaski Rd Chicago-773 735-2121
6538 N Sheridan Rd Chgo--773 381-7000
99 W Washington St Chgo--312 346-4200
5401 S Wnetworth Av Chgo 773 548-5948
**HARRIS LOAN & MORTGAGE
CORPORATION**
SECOND MORTGAGE
LOTTO - ANNUITIES
LAW SUIT AWARDS
OUR SPECIALTY
PAUL HARRIS Specialist
**708 343-9800**
1701 S 1st Av At Eisenhower Exp Maywood
HARTFORD FINANCIAL SERVICES
5588 N Lincln Av Chicago--773 561-0500
HOME SAVINGS OF AMERICA
120 N La Salle Chicago---312 696-2300
HOUSEHOLD FINANCE CORPORATION
Holiday Plz Harvd Hts------708 867-0888
ILLINOIS TITLE LENDERS INC
2813 W Touhy Av Chicago- 773 381-4500
ILLINOIS TITLE LOANS INC
2734 N Westrn Av Chicago-773 227-0031
INSTA CASH
111 W Jacksn Bl Chicago-- 312 341-0264
INSTA CASH
111 W Jackson Bl
Chicago-----Chgo Tel No 773 722-2274
INSTANT CASH ADVANCE
1238 N Ashtnd Av Chicago-773 235-5500
INSTANT CASH ADVANCE
113 W Chicago Av
Chicago---------------773 549-2274
INSTANT CASH ADVANCE
4705 N Pulaski Rd Chicago-773 279-1880
INSTANT CASH ADVANCE
1916 E 95th Chicago-----773 731-7170
LAKESIDE BANK
141 W Jacksn Bl
Chicago---------------**312 435-1619**
55 W Wackr Dr
Chicago---------------**312 435-1636**
2115 S Wentworth
Chicago---------------**312 225-2300**
LAMB FINANCIAL CORPORATION
"Your Discount Mortgage Broker®"
New Purchases, Refinances, 2nd Mortgages
Equity Loans, Consolidation-All Credit
Over $400 Million In Closed Loans
6835 N Lincln Av

**EXPRESS LENDING INC.**
"Providing All Your Home Loan Needs"

Approvals With Credit & Income
Problems With No Red Tape

**FAST CASH for HO**
= QUICK & EASY = 1st & 2nd

**We Spec**
✓ Debt Cons
✓ Home Imp
✓ Credit Lin
✓ Purchases
✓ Contract F
✓ 125% Equi
✓ Self-Emplo
✓ Investmen
✓ Bankruptc
✓ Stop Forec
✓ Exception
✓ Fast Closin

If you need a home loan-
we will try every way possible to make you
a HOME LOAN at the lowest possible rate
regardless of your credit / income history sm

When the bank & others say,
"NO" EXPRESS says "YES" ★

APPLY BY PHONE - 24 HOUR APPROVALS!

**800-755-0901**

We pride ourselves on servicing your needs
sm Subject To Underwriting ®Express Mortgages of America, Inc. est. 1984

★ NO APPL

For your con

04/30/98   10:08        OL WORLD/SELECT         NO.001      001

| Inside: Home Improvement Pages | Inside: Dining & Entertainment Pages |

Lisle • Woodridge                                                  DuPage - 30


# PennySaver

TUESDAY, APRIL 28, 1998

For commercial ads, call: 708-633-5900
For private party ads, call: 708-633-5907. Free ads call: 708-633-5908          ★FREE★



## Grand Opening!

### PAYDAY LOANS
### GET $30-$500
### IN TEN MINUTES!

## NO CREDIT CHECK!
### ALL YOU NEED IS:

✓ Valid ID
✓ Current Pay Stub
✓ Personal Check

✓ Current Bank Statement
✓ Proof of Residency
  (phone or utility bill)

## CALL TODAY!
or apply in person and get cash instantly!

# AMERICASH LOANS
## Your Bridge Between Paydays

BOLINGBROOK - 180 S. BOLINGBROOK DR.        (630)783-0400
SOUTH SUBURBS - CHICAGO HEIGHTS • 2424 W. LINCOLN HIGHWAY • (708)748-9777

SUBJECT TO APPROVAL. CALL AMERICASH LOANS FOR APPROVAL.

Look Inside
For Hundreds of
Money Saving
Ideas

 

# ᴜsiness-To-Business Buyer's Guide

## ıcagoland's Complete Business Information & Buying Guide

# 1999-2000
### Keep Until February 2000



**THIS EDITION:**

*Over 80,000 Business Listings in More Than 1000 Business Classifications*

*Over 500,000 Copies Delivered to Businesses throughout Chicagoland*

*See Our INTERNET GUIDE Before the Internet Services Heading*

*SIC Code Number & Title Indexes and Cross-Reference Classifications*

*20 Specialty Guides for Hard-To-Find Industries*

PLEASE DELIVER TO
PURCHASING MANAGER OR BUSINESS OWNER
PLEASE DELIVER TO

Find Our Yellow Pages Online at:
www.yellowpages.net

Ameritech Publishing Inc.

meritech 1999                    Area code 12 unless otherwise indicated



# EXPRESS
LENDING SERVICES, INC.
Providing All Your Home Loan Needs

## FAST CASH for HOMEOWNERS
— QUICK & EASY — 1st & 2nd Mortgages for ANY PURPOSE

Approvals With Credit & Income
Problems With No Red Tape

If you need a home loan -
we will try every way possible to make you
a HOME LOAN at the lowest possible rate
regardless of your credit / income history sm

When the bank & others say
"NO" EXPRESS says "YES"
APPLY BY PHONE - 24 HOUR APPROVALS!
### 800-755-0901
We pride ourselves on servicing your needs
Subject To Underwriting   Express Mortgages of America, Inc. est. 1984

### We Specialize In...
- Debt Consolidation
- Home Improvements
- Credit Lines
- Purchases
- Contract For Deed
- 125% Equity
- Self-Employment
- Investment Property
- Bankruptcy
- Stop Foreclosure
- Exceptions
- Fast Closing

DEBT Consolidate Your Bills Into One Low Payment & Save You Money

FREE Pre-approval in 5 minutes or less

★ NO APPLICATION FEE

For your convenience, we can come to your home or office

STANDARD
..L n Elk Grv Vlg—847 350-0015
..& WIRE
ng/Waxing/Surface Prepping
n Chicago—312 243-3000
RN DIGITAL
—312 357-2100
METAL CORP
Park Av —708 594-9022
ALS INC v
nr Av—847 432-2210
ESSES SALES
edd Pw—708 458-4000
PRESS SOLUTIONS INC
ce Art Studio
Dr —
—1258 N Elston
ElynTelNo 630 858-8900
CAN CO —
PI Chicago—
vice—Automobile
Service—
AMALGAMATED BANK OF CHICAGO
1 W Monroe Chicago—312 822-3000
AMERICAN GENERAL FINANCE
Consumer Loans
Loop —
200 W Adams Chicago—312 263-2030
Northwest —
4710 W Irving Pk Rd —773 545-7100
Southwest —
4401 W 63rd Chicago—773 581-0250
West Town —
1439 N Western —
Chicago—773 862-1100
AMERICAN HOME LOANS
5239 W Diversey Chicago—
Toll Free—800 772-2888
AMERICAN LENDERS SERVICE CO OF CHICAGO
Lerner — Aurora Tel No 630 585-2930
AMERICAN LOAN CO INC
8159 S Stony Islnd Av —
Chgo Tel No 312 951-0096
AMERICASH
4815 W Irving Pk Rd
Chicago—773 736-9777
ASSOCIATED BANK
200 E Randolph Chicago—312 861-1000
ASSOCIATES FINANCIAL
1289 N Milwke Av Chicago—773 772-6827
AUTO TITLE LENDERS
2922 N Clark —
Chicago—ChgoTelNo 773 549-5700
BANCA DI ROMA
225 W Washngtn Chicago—312 368-8855
BANCO POPULAR NORTH & PULASKI
4000 W North Av —773 772-8600
BANK CALUMET
9800 Michgn Av —219 365-3661
BENEFICIAL ILLINOIS INC
Chicago—
BEVERLY ELITE FINANCIAL SERVICES
2136 W 95th Chicago—773 238-4600
BONLAR LOAN CO
BROTHERLOAN & FINANCE CO
328 S Jefferson Chicago—312 655-0607
BUDGET COUNSELORS CREDIT SERVICES INC
5201 W Madison Chicago—773 854-0670
CHECKINTO CASH
CHECK CASHERS LTD
TC FINANCIAL SERVICES LTD
CHECK Covers

CHICAGO LOAN CENTRE THE
2709 S Pulaski Rd Chicago—773 521-8000
CHGO LOAN COMPANY
1303 S Mich Av Chicago—312 986-1422
CHICAGO LOAN CO INC
357 W Chgo Av Chicago—312 274-0412
CITY & SUBURBAN MORTGAGE LIMITED
5151 N Harlem Av Chicago—773 774-1000
COLLEGE FUND DIVISION OF UICI
3150 N Sheridn Rd —
Chicago—773 525-5643
COLLIER PARIS Chicago—773 785-3365
COSMAT LOAN CO INC
3601 W Belmnt Av Chicago—773 463-6274
COSMOPOLITAN BANK & TRUST
801 N Clark Chicago—312 664-5200
COUNTRYWIDE HOME LOANS
2920 N Ashlnd Av Chicago—773 244-5090
DAMEN NATL BANK
5100 S Damen Av —
Chicago—773 776-2546
DEVON FINANCIAL SERVICES
6414 N Westrn Av Chicago—773 381-2500
DEVON FINANCIAL
6303 N Clark Chicago—773 465-3400
E-Z LOAN
3555 W Irving Pk Rd
Chicago—773 866-1400
EASY CASH
3538 W 26th Chicago—773 762-9458
EMPIRE TITLE LOAN INC
3935 N Pulaski Rd Chicago—773 463-2530
ESCOBAR CESAR
2815 N Kimbal Av Chicago—773 862-8170
EXPRESS LENDING OF AMERICA
Toll Free—800 755-0901
See Our Ad This Page
FIDELITY LOAN BANK
4950 N Marine Dr Chicago—773 766-6498
FIRST CHICAGO LOAN CO
1ST NATL BANK OF LINCOLNWOOD
6401 N Linclln Av Chicago—773 907-8101
FIRST SOURCE FINANCIAL INC
FIRSTAR
5850 W Belmnt Av Chicago—773 283-3700
FIRSTAR
6400 W Diversy Av Chicago—773 889-1900
FIRSTAR
3611 W Fullrtn Av Chicago—773 342-1000
FRANKLIN CAPITAL CORP
FTC FINANCIAL SERVICES LTD

GREAT AMERICAN CASH ADVANCE OF IL
2957 W Irving Pk Rd
Chicago—773 866-0068
GREEN TREE MORTGAGE SERVICES
Toll Free—800 281-0055
HARBORSIDE FINANCIAL NETWORK INC
3808 N Ashlnd Av Chicago—773 281-6900
HARRIS BANK
111 W Monroe Chgo—312 461-2121
2927 W Addison Av Chgo—773 539-9576
4531 N Broadway Chicago—773 561-0800
456 N Cityfront Plz Chgo—312 822-9300
901 E 47th St Chgo—773 451-7600
5960 W Irving Pk Rd Chgo—773 282-7144
4723 S Kedzie Av Chgo—773 843-7230
3900 W Madison St Chgo—312 461-7800
1701 W Monterey Av Chgo—773 298-8580
4054 W North Av Chgo—773 252-2440
5454 W North Av Chgo—773 637-5900
5409 S Pulaski Rd Chgo—773 735-2121
6308 N Sheridn Rd Chgo—773 381-7000
99 W Washngtn Chgo—312 346-4200
5401 S Wentwrth Av Chgo—773 548-5948
## HARRIS LOAN & MORTGAGE CORPORATION
SECOND MORTGAGES
LOTTO - ANNUITIES
LAW SUIT AWARDS
OUR SPECIALTY
PAUL HARRIS Specialist
### 708 343-9800
1701 S 1st Av At Eisenhower Exp Maywood
HARTFORD FINANCIAL SERVICES
HOME SAVINGS OF AMERICA
120 N LaSalle Chicago—312 696-2300
HOUSEHOLD FINANCE CORPORATION
Holiday Plz Harwd Hts—708 867-0888
ILLINOIS TITLE LENDERS INC
2813 W Touhy Av Chicago—773 381-4500
ILLINOIS TITLE LOANS INC
2734 N Westrn Av Chicago—773 227-0031
INSTA CASH
3111 W Jackson Bl —
Chgo Tel No 773 722-2274
INSTANT CASH ADVANCE
1238 N Ashlnd Av Chicago—773 235-5500
1113 W Chicago Av —
Chicago—773 549-2274
INSTANT CASH ADVANCE
4705 N Pulaski Rd Chicago—773 279-1880
INSTANT CASH ADVANCE
1916 E 95th Chicago—773 731-7170
LAKESIDE BANK
141 W Jackson Bl —
Chicago—312 435-1619
55 W Wacker Dr —
Chicago—312 435-1636
2115 S Wentwrth Av —
Chicago—312 225-2300
LAMB FINANCIAL CORPORATION

LIGHTHOUSE FINANCIAL GROUP OF ILLINOIS
7325 W Irving Pk Rd
Chicago—773 625-2388
LIGHTHOUSE FINANCIAL GROUP OF ILLINOIS
7325 W Irving Pk Rd
Chicago—773 625-2490
LOAN DEPOT THE
4728 W Madison Chicago—773 378-0000
LOAN EXPRESS COMPANY INC
28 E Jackson Bl Chicago—312 341-2945
LOAN PROFESSIONAL THE
9212 S Stony Islnd Av —
Chicago—773 375-0505
LOAN PROFESSIONALS
9215 S Westrn Av Chicago—773 779-7767
MARQUETTE NATIONAL BANK
Member FDIC
6316 S Westrn Av —
Chicago—773 476-5100
MEDALLION FINANCIAL CORP
11 W Washngtn Chicago—312 346-1090
MELROSE PARK GOLD & SILVER EXCHANGE
1300 Lake Melros Pk—708 450-0002
MIDWEST MORTGAGE FINANCE LLC
915 Harger Rd Oak Brk—630 368-9000
MONARCH FINANCE CORP
Chicago—Chicago Tel No 312 455-8000
MOOLAH LOAN COMPANY
1532 W Westrn Av Chicago—773 342-7340
MORTGAGE PROFESSIONALS THE
1928 E 95th Chicago—773 978-7500
MURPHY CAPITAL
4128 N Leavit Chicago—773 539-8770
NATIONWIDE ACCEPTANCE CORPORATION
Main Office —
3435 N Cicero Av Chicago—773 777-7600
NATIONWIDE BUDGET FINANCE
10355 S Westrn Av —
Chicago—773 238-4700
NATIONWIDE BUDGET FINANCE INC
3168 S Ashlnd Av Chicago—773 247-7300
NATIONWIDE BUDGET FINANCE INC
1542 W Chicago Av Chicago—312 432-0400
NATIONWIDE BUDGET FINANCE INC
7179 N Grand Av Chicago—773 836-1600
NATIONWIDE BUDGET FINANCE INC
159 N Harlem Av Chicago—773 637-1717
NATIONWIDE BUDGET FINANCE INC
5741 S Harlem Av Chicago—773 788-1400
NATIONWIDE BUDGET FINANCE INC
4820 W Irving Pk Rd —
Chicago—773 205-1200
NATIONWIDE BUDGET FINANCE INC
3216 N Linclln Av Chicago—773 525-5400
NATIONWIDE BUDGET FINANCE INC
6029 N Clark Av Chicago—773 381-9900
NATIONWIDE BUDGET FINANCE INC
6803 S Pulaski Rd Chicago—773 284-1800
NATIONWIDE BUDGET FINANCE INC
8202 S Stony Islnd Av —
Chicago—773 978-9900
NATIONWIDE BUDGET FINANCE INC
2349 W 95th Chicago—773 298-1600
NOBLE FINANCE
Chicago—773 548-8788
NORTHSTAR LOAN & INVESTMENT CORP
3332 N Ashlnd Av Chicago—773 244-0800









Keep Until
February 2000

February 1999
Area Codes 312
& 773



# Chicago Consumer Yellow Pages

Find Our Yellow Pages Online at: www.yellowpages.net

©1999 Ameritech Publishing Inc.

eritech 1599

LOANS 1211

A
B
C
D
E
F
G
H
I
J
K
L
M
N
O
P
Q
R
S
T
U
V
W
X
Y
Z

**LOANS**

s & Jewelers
—————773 975-7600

LOANS INC


A ALL

Y LOANS
CK CASHING

SH FAST

TO $2500
JALIFIED
MINUTES

OW FOR DETAILS
292-LOAN
(5626)

JEWELRY & LOAN CO
SELL • TRADE
CASH LOANS ON
NG OF VALUE

OUTHWEST HWY
TOWN PLAZA
UTHWEST HWY
V. OF PULASKI)
424-4200

& HARLEM
RSIDE PARK PLAZA
1 25TH ST
442-5700

---

continued

### AAA COOK CONSOLIDATION INC

**TURNED DOWN FOR A LOAN?**

■ Cut Monthly Payments 30-50%
■ Reduce Interest Rates
■ Stop Late Fees
■ Stop Collections
■ NO Waiting
■ NO Co-signer
■ Not a Loan Company
■ Free Credit Report

**800-865-4357**

AAA COOK CONSOLIDATION INC
Toll Free————————800 865-4357
See Our Ad Page 1222

### AAA LOAN CORP



**CASH IN A FLASH**

**FAST PHONE QUOTES**

• Auto Loans
• Debt Consolidation
• Home Improvement
• Self-Employed...
• No Problem
• 1st, 2nd, 3rd Mortgages
• Up to 125% Loan To Value
• Mixed-Use & Commercial Property
• BANKRUPTCIES
• FORECLOSURES
• DELINQUENT TAXES

Call Our Local Representatives

**800-918-7100**

ABC PAWN SHOP
128 S Clark Chicago————312 663-3901

THE YELLOW PAGES® PLACES
YOUR NAME, ADDRESS AND
TELEPHONE NUMBER BEFORE THE
BUYER AT THE MOMENT YOUR PRODUCT
OR SERVICE IS NEEDED.

---

continued

### AAMES HOME LOAN

Aames

**REAL ESTATE LOANS**
$10,000 TO $500,000
Loop     Since 1954
Illinois Housing Licensee
Illinois Residential Mortgage Licensee

**EXTRA CASH FOR ANY PURPOSE**
GOOD CREDIT OR NOT • CONSOLIDATE BILLS
■ FRIENDLY SERVICE & RESPECT

**"CALL 7 DAYS A WEEK"**

AAMES HOME LOAN
Regional Headquarters
1701 S 1St Av Maywd
Toll Free————————800 894-8901

### ADVANCE AMERICA

**Need Cash Today?**
Advance America can make you an
instant cash advance until payday.
It's quick!
Easy!
No lengthy credit check!
Call 888-68-CASH NOW
8127 S Cicero Ave Chicago—888-682-2746
3243 N Harlem Ave Chicago—888-682-2746

### ALFA OMEGA ENTERPRISES & FINANCIAL SERVICES

Residential/Commercial
Illinois Mortgage Licensee
First Mortgages/Refinance Second Mortgages
12020 S Halsted
Chicago————————773 660-9799

### ALL AMERICAN FINANCE INC

**COMPETITIVE RATES FAST APPROVAL**

**FREE LOAN PRE-APPROVAL**
BRUISED CREDIT
• First Time Home Buyer Programs
• Zero Pts & Zero Cost Mtges
• Zero Percent Down Payment
• Debt Consolidation
• No Application Fee

Illinois Residential
Mortgage Licensee
APPLY BY PHONE

**773-281-3000**

1629 W. Montrs Av  Chicago

### ALLIANCE FUNDING

A Division Of Superior Bank FSB
————————800 369-2500

AMALGAMATED BANK OF CHICAGO
1 W Monroe Chicago————312 822-3000

AMARIS MORTGAGE
2240 S Mich Av Chicago——312 328-9100

AMARIS MORTGAGE CO
11712 S Western Av
Chicago————————773 238-1161

### AMERICAN FAMILY FINANCIAL SERVICE

475 N Martingale Rd
Schmbrg————————847 605-8688

YELLOW PAGES - YOUR BUY-WORD.

---

continued

### AMERICAN GENERAL FINANCE

See Our Ad For A Complete List Of Area
Offices
200 W Adams
Chicago————————312 263-2030
See Our Ad Page 1225

AMERICAN GENERAL FINANCE
Consumer Loans
Loop
Northwest
4710 W Irving Pk Rd
Chicago————————773 545-7100
West Town
1439 N Milwke Av
Chicago————————773 862-1100
4401 W 63rd Chicago——773 581-0250
AMERICAN HOME LOANS
5239 W Diversey Chicago
Toll Free————————800 272-2880
AMERICAN HOME LOANS
7601 S Kostner Ave
Chicago————————773 585-8180
AMERICAN LOAN CO INC
8159 S Stony Isld Av
Chicago————————773 768-2000
AMERICAN PERSONAL ASSET LENDERS INC
Toll Free————————888 234-2725
See Our Ad Page 1224
AMERICAN SECURITY MORTGAGE CO
————————312 951-5361
See Our Ad Page 1213
AMER SECURITY MORTGAGE CO
————————ChgoTelNo 312 951-0096
AMERICASH
4815 W Irving Pk Rd
Chicago————————773 736-9777

### AMERICASH LOANS

**AMERICASH LOANS**
Your Bridge Between Paydays

**PERSONAL CHECK LOANS**
Up to $500.00
In 10 Minutes

**NO CREDIT CHECKS**
60 Convenient Locations
Call For Information

**1-888-396-CASH**
(2274)

AMERIQUEST MORTGAGE COMPANY
9501 W 144th Pl Orlnd Pk—708 403-0400
1020 31st St Downrs Grv—630 663-4880
1701 Golf Rd Tower
Rolng Mdws————————847 806-7040
8501 W Higns Rd
Chicago————————773 714-0400
AMRESCO RESIDENTIAL MORTGAGE
CORP 9701 W Higgins Rd Rosemont
Toll Free————————888 852-4933
ANCHOR MORTGAGE CORP
Fast Service Low Rates
620 W Erie Chicago————312 573-0707
ARENCIBIA FINANCIAL SERVICES INC
2871 N Milwke Av Chicago—773 486-7110
ASSOCIATED BANK
200 E Randolph Chgo————312 861-1000
ASSOCIATES FINANCIAL SERVICES
5533 Cermak Rd Cicero——708 652-4435
6500 W Irving Pk Rd
Chicago————————773 283-4200
1289 N Milwke Av Chicago—773 772-8827

MODERN PEOPLE FIND THE ANSWERS
IN THE YELLOW PAGES.
THE YELLOW PAGES, QUICKLY AND
EASILY, THIS HANDY BOOK LOCATES
THE PRODUCTS AND SERVICES YOU
NEED - TELLS YOU WHO SELLS IT
AND WHERE AND THAT INCLUDES
UNUSUAL, HARD-TO-FIND ITEMS
AS WELL. JUST LOOK IN THE BOOK,
AND YOU'LL SAVE TIME, TROUBLE
AND TRAVEL.

---

continued

### AUTO TITLE LENDERS

**Borrow INSTANT CASH**
On Cars, Vans, Trucks & Boats

**No Credit Check**
**Immediate Approval**
**No Waiting**
**Bring In Your Title**
**Drive Out With Cash!**

CALL TODAY, CASH TODAY
15 Minute Pay Day Advances

**773-549-5700**

2922 N. CLARK • CHICAGO

BANCA DI ROMA
225 W Washngtn Chicago—312 368-8855
BANCO POPULAR NORTH & PULASKI
4000 W North Av
Chicago————————773 772-8600
BANK CALUMET
5231 Hohman Av
Hamnd IN————————219 932-6900

### BANK ONE

BANK ONE
To One®
Member FDIC
Equal Housing Opportunity Lender
www.BankOne.com

BANK ONE ILLINOIS
800 800-Loan
Loan By Phone
Toll Free————————800 800-5626
Business Loan By Phone
Toll Free————————800 404-4111

BARRISTER MORTGAGE
36 S Wabash Av
Chicago————ChgoTelNo 312 782-3500
BENEFICIAL ILLINOIS INC
512 W Lake Adsn————630 543-0757
347 E Indian Trail Aurora—630 897-4224
Chicago
4012 W 79th Chicago————773 582-3750
6099 S Archer Av Chicago—773 735-4900
4046 N Narragansett Av
Chicago————————773 205-2005
Des Plaines
617 W Golf Rd Des Plaines—847 593-1670
Elmhurst 193 N York Elmhrst—630 832-8550
Hazel Crest 2 River Pl Lansng—708 895-8250
2515 W Jeffrsn Joliet————815 725-3092
9600 S Cicero Av Oak Lwn—708 636-3535
8752 159th Ornd Pk————708 403-5978
BEVERLY ELITE FINANCIAL SERVICES
1329 W 95th Chicago————773 238-4600

### BIG PAWN INC

**FAST CASH LOANS**
JEWELRY, DIAMONDS, TV'S, CAMERAS
ANYTHING OF VALUE
Open Sundays 12-5
6233 S. Western

773-776-4900
773-264-4200     EVE HRS

BLAZER FINANCIAL SERVICES INC
734 Ridge Rd Homewd——708 957-9050
1723 Roosevelt Rd
Brdvw————ChgoTelNo 773 261-6660
BLAZER FINANCIAL SERVICES INC
1723 Roosevelt Rd
Brdvw————————708 345-3080
BLAZER FINANCIAL SERVICES INC
8605 W 95th Hkry Hls—708 233-1736
BONLAR LOAN CO
2247 W Lawrnc Av Chicago—773 769-4700
BROTHER LOAN & FINANCE CO
328 S Jeffrsn Chicago——312 655-0607
BUDGET COUNSELORS CREDIT SERVICES
INC
Toll Free————————800 428-2806
See Our Ad Page 1229

continued next listing page

---

DON'T MAKE YOUR CUSTOMERS (PROSPECTS) ASSUME...

**Tell Them!**

61%

72%

3 out of 4





October 1999
Area Code 708



CHICAGO HEIGHTS, ILLINOIS

# 199-2000
## ite & Yellow Pages

ctory also contains White and Yellow
tings for the following communities.

Flossmoor
Goodenow
Harvey
Hazel Crest
Hickory Hills
Hometown
Homewood
Justice
Lansing
Lynwood
Markham
Merrionette Park
Midlothian
Monee
Oak Forest
Oak Lawn
Orland Hills

Orland Park
Palos Heights
Palos Hills
Palos Park
Peotone
Phoenix
Posen
Riverdale
Robbins
South Holland
Summit
Thornton
Tinley Park
University Park
Willow Springs
Worth

ils

## /HAT'S INSIDE!

## Aoney Saving
## oupons

green section in front
yellow pages

## e're Listening!
## 38-257-4791

even easier to
ur comments about
eritech directory



Chicago Heights • Ford Heights • Glenwood • Matteson
Olympia Fields • Park Forest • Richton Park • Sauk Village
South Chicago Heights • Steger

Prairie State College

www.yellowpages.net

Look for our Yellow Pages
and Shopping

iblishing Inc.

214   LIQUOR–LOANS



# NO COOK COUNTY TAX!

**Party LIQUORS** OF STEGER

Liquor House, Inc.
20 E. 34th Street
Steger, IL 60475

(CHGO. RD. & 34TH ST)

## OVER 200 IMPORTED & DOMESTIC WINES
## OVER 80 IMPORTED BEERS
### ILLINOIS STATE LOTTERY AGENT
### OPEN 365 DAYS A YEAR

HRS: SUN. – THURS. 9 A.M. – 10 P.M.
FRI. & SAT. 9 A.M. – 11 P.M.

# 755-2110

## LIQUOR STORES

AIR FOOD & LIQUOR
  280 E 147th Harvy--------------------333-1000
B J'S LIQUOR & FOOD MART
  14133 Cicero Av Crstwd-------------385-2800
B & M LIQUORS
  15900 Dixie Hwy Mrkhm-------------3330090
BANKS FOOD & LIQUORS
  15306 Page Av Harvy----------------331-4020
BARNES YARD DRIVE THRU LIQUOR
  43 W 159th Harvy-------------------2101506
BREAD & BOTTLE LIQUORS
  2213 119th Blu Is-------------------385-6642
BRIDGEVIEW LIQUORS INC
  8340 Harlem Av Brdgvw--------------598-8818
BUY LOW LIQUORS
  14949 Halstd Harvy------------------333-7766
CENTRAL FOOD & LIQUOR
  6237 Archer Rd Summit--------------458-0038
CLEO'S DISCOUNT FOOD & LIQUOR
  12 Towncenter Dr Univ Pk-----------534-3120
COMMUNITY LIQUOR MART
  3140 Union Stgr---------------------754-5443
DANNY T'S TAP LTD
  3442 W 159th Mrkhm----------------333-6665
DE VINE CELLAR
  8101 123rd Palos Pk----------------671-0588
DEPOLO FOOD & LIQUORS
  16656 Dixie Hwy Mrkhm-------------331-5656
DINO'S FOOD & LIQUOR
  443 Ashlnd Chgo Hts----------------754-0320
DISCOUNT FOOD & LIQUOR INC
  223 E 14th Chgo Hts-----------------756-1930
DOLTON CARDINAL LIQUORS
  14057 Lincln Av Doltn---------------849-0919
DURKA LIQUOR
  6101 Archer Rd Summit--------------496-8444
E & S FOOD & LIQUOR
  2240 147th Dixmor------------------388-5858
E & S LIQUORS & FOOD MART
  14714 Westrn Av Posn---------------388-6454
E T FOOD & LIQUORS
  15501 Cicero Av Oak For------------687-2060
ENM FOOD & LIQUOR
  7758 Archer Rd Justce--------------594-1619
EAGLE LIQUOR STORE
  1704 Chgo Rd Chgo Hts-------------755-5555
ELITE PANTRY
  10240 Roberts Rd Palos Hls---------430-3933
EXTRA VALUE LIQUOR
  9030 S Cicero Av Oak Lwn-----------423-9110
FIRST PLAZA FOODS & LIQUOR
  1076 Sibley St Cal City-------------891-0450
FOREMOST LIQUORS
  15211 Cicero Av Oak For-----------687-3937
GIBSON'S SERVICE
  15221 Halstd Phenx------------------596-5085
GLENWOOD LIQUORS
  335 E Glenwd-Lansng Rd Glnwd----758-2444
HARVEY FOOD & LIQR
  16310 Halstd Harvy------------------333-7077
IVANHOE LIQRS
  14427 S Halstd Rivrd---------------849-5720
JACKSON'S LIQUORS
  3229 137th Robns-------------------388-0101

*continued*

JOANN FOOD & LIQUOR
  3625 Sauk Trail Rchtn Pk-----------747-2446
JOE'S LIQUORS
  5641 W 79th Burbank---------------499-3460
JUSTICE FOOD & LIQUORS
  8564 147th Justce------------------458-6340
K & N FOOD & LIQUOR
  2208 Chgo Rd Chgo Hts------------755-5670
KEG LIQUORS
  2500 Sauk Trail Sauk Vlg----------757-3040
KEN'S FOOD & LIQUORS
  384 E 159th Harvy------------------596-3884
KENWOOD LIQRS
  10750 S Cicero Oak Lwn-----------424-3580
KOSNAR LIQUOR
  9624 143rd Ornd Pk-----------------349-0102
LIQUOR BARN-OAK LAWN
  9618 SW Hwy Oak Lwn--------------499-0332
LIQUOR CITY 14922 Chgo Rd Doltn-841-2161
M & H FOOD & LIQUOR
  3200 W 159th Mrkhm----------------339-6066
MAIN STREET FOOD & LIQUOR
  5430 W Main Monee-----------------534-3308
MIKE'S FOODS & LIQUOR
  1311 Lincln Hwy Ford Hts-----------758-2328
MISKA'S LIQUOR STORE
  12435 Westrn Av Blu Is-------------385-4030
MONEE FOOD & LIQUOR CO
  5752 W Monee-Manhattan Rd
  Monee------------------------------534-7709
MULLANEY'S EXTRA VALUE LIQUORS
  6903 111th Wrth--------------------448-6969
O K LIQUORS
  14445 147th Oak For----------------371-6033
OLD KENTUCKY LIQR STORE
  580 State Line Rd Cal City---------862-5230
ONE STOP FOOD & LIQUOR
  580 E 154th Harvy------------------339-0037
ORLAND LIQUORS
  9977 151st Ornd Pk----------------403-5665
ORLAND PARK LIQUORS
  8600 159th Ornd Pk-----------------460-4300
PALOS LIQUOR'S
  8801 W 95th Palos Hls--------------430-3581
PALOS MART
  10300 Harlem Av Palos Hls---------599-2424
PARK-MOR LIQUORS
  5544 147th Oak City----------------891-1211
PARTY'S LIQUORS
  14701 Pulaski Rd Mdlthn-----------824-0600
PARTY LIQUORS OF STEGER
  No Cook County Taxes
  Over 200 Imported & Domestic Wines
  20 E 34th Stgr---------------------755-2110

    **See Our Ad This Page**

PETE'S WINE & LIQUOR
  11428 S Harlem Av Wrth-----------361-1565
PULASKI AUTO SALES
  4000 135th Robns-------------------388-3553
R & B LIQUORS INC
  7756 Harlem Av Brdgvw------------594-8222
R & B FOOD & LIQUORS
  17320 Oak Pk Av Tnly Pk----------532-2850

NEWCOMER TO TOWN? USE THE
YELLOW PAGES TO LOCATE NEW
DEALERS TO SERVE YOU. THE
ADVERTISING IN THE YELLOW
PAGES TELLS WHERE TO BUY.

PEOPLE WHO ARE READY TO BUY
TURN FIRST TO THE YELLOW PAGES.
IF YOU HAVE SOMETHING TO SELL,
OR A SERVICE TO OFFER, HERE'S THE
PLACE TO TELL ABOUT IT.

*continued*

RIVER OAKS WINE & LIQUOR INC
  1242 Burnhm Cal City--------------891-1242
SANTORI'S LANSING LIQUORS
  3529 Ridge Rd Lansng--------------474-0334
SAUK TRAIL FOOD & LIQUOR INC
  166 W Sauk Trail S Chgo Hts-------755-4050
SHIBAM INC 263 E 159th Harvy-----3336146
SHOP RITE FOOD & LIQUOR
  9901 S Harlem Av Chgo Rdg-------424-0292
STOP & GO FOOD & LIQUOR
  2746 Chgo Rd S Chgo Hts----------754-8985
STOP N SHOP
  2599 Westrn Av Pk For-------------481-8190
T C PUB 9700 S Cicero Av Oak Lwn-425-4252
TINLEY WINE SPIRIT AND DELI
  15915 76th Av Tnly Pk--------------444-2446
TOM'S BEER BARN
  613 Chgo Rd Chgo Hts-------------754-1300
TOM'S LIQUORS
  16640 Halstd Harvy-----------------339-4182
TORRENCE DISCOUNT LIQUOR & DELI
  19950 Torrenc Av Lynwd-----------474-6060
TORRENCE LIQUORS
  616 Torrenc Av Cal City------------862-3939
UNITED LIQUOR MART
  4031 W 183rd Cntry Clb Hls--------799-4691
UNITED LIQUOR MART
  1139 E Sibley Bl Doltn--------------841-6900
UNITED LIQUOR MARTS
  10446 163rd Pl Ornd Pk-----------460-0100
UNITED LIQUORS OF RICHTON PARK
  22228 Governrs Hwy Rchtn Pk-----283-0533
UNITED LIQUORS OF UNIVERSITY PARK
  519 University Pkwy Univ Pk-------534-3620
VIERK'S LIQUOR STORE
  1805 Torrenc Av Lansng-----------474-6141
  3439 Ridge Rd Lansng------------474-6143
VILLAGE LIQUORS
  325 W 138th Rivrd------------------841-1414
WALKER'S LIQUOR EMPORIUM
  4014 Lincln Hwy Mtsn-------------747-0339
WOODEN KEG LIQRS
  14500 Halstd Harvy-----------------596-0880
ZAK'S FOOD & LIQUOR
  8584 S 88th Av Justce--------------839-2290

## Literary Bureaus
*See Writers*

## Lithograph Finishers
*See Die Cutting*

## Lithographed Cans
*See Can Mfrs*

## LITHOGRAPHERS

C D P GRAPHIC SERVICES INC
  16920 State S Holnd---------------333-1114

## LITHOGRAPHIC EQUIP

**See Also Printing Equip**

## LITHOGRAPHING ON METAL

LITHO-GRAPHIC METAL CORP
  6600 S Oak Park Av Bedfd Pk------594-9022

## Livery Service–Automobile
*See Limousine Service*

## LIVESTOCK DEALERS

KAHN DAIRY CATTLE CO
  31601 S 120th Av Peotone--------258-0041
LIVESTOCK TECH INC
  641 Carrol Pkwy Glnwd------------755-4680

## Loaders
*See Conveyors & Conveying Equip; Also Cranes*

## Loading Dock Covers
*See Dock Covers*

**LOA** *(continued)*

A ALL PAYDAY LOANS INC
  17320 Torrenc Av Lansng---------889-0100
A GREAT MORTGAGE COMPANY
  15435 South Pk Av S Holnd-------339-1100
A PQ FINANCIAL SERVICES
  16429 Halstd Harvy----------------333-1066
AAA LOAN CORP 5533 W 109th St Oak Lwn
                  Toll Free--------800 918-7100
A & W INVESTMENTS LTD
  Financial Acceptance Services
  8 Surreybrk Plz Sauk Vlg----------758-7100

# AAMES HOME LOAN
# Aames
### Since 1954

REAL ESTATE LOANS $10,000 TO $500,000
GOOD CREDIT OR NOT • CONSOLIDATE BILLS
EXTRA CASH FOR ANY PURPOSE!
EQUAL HOUSING LENDER
ILLINOIS RESIDENTIAL
MORTGAGE LICENSEE
www.aames.net

*"CALL 7 DAYS A WEEK"*
Regional Headquarters–
Maywood

1701 South First Ave ----800 894-8901

ADVANCE TIL PAYDAY
  10402 S Cicero Av Oak Lwn--------229-9742
ADVANCE TIL PAYDAY
  14129 S Cicero Av Crstwd---------396-7342
ADVANCE TIL PAYDAY
  17940 Halstd Homwd---------------647-9866
ADVANCE TIL PAYDAY
  17517 Kedzie Av Hzl Crst----------647-7570
ALL CREDIT MORTGAGE CORP
  20080 Governors Hwy Oly Flds-----747-8601
AMERICAN GENERAL FINANCE
  Loan....Whatever your reason.
  • 75+ Years Experience
  • 1200+ Offices Nationwide
  "Visit our Web site at
  www.LoansFast.com"

  4535 Lincln Hwy Matteson--------481-7148
  3215 W 95th Evergreen Park-------422-9339

AMERICAN GENERAL FINANCE
  7030 159th Ornd Pk----------------532-5100
  8729 S Cicero Av Hometwn---------423-8600
  7245 W 87th Brdgvw----------------598-8080
AMERICAN LOAN CO INC
  2901 Chgo Rd Sbg S Chgo Hts-----755-1121
AMERICAN SECURITY MORTGAGE CO
  10735 S Cicero Av Oak Lwn--------499-4424
AMERICASH
  7454 S Cicero Av Bedfd Pk--------563-9777
AMERICASH 3200 W 159th Mrkhm----339-0321
AMERICASH LOANS
  4818 146th Mdlthn-----------------535-9777
AMERICASH LOANS L.L.C.
  702 River Oaks Dr Cal City-------862-9777
AMERICASH LOANS LLC
  2424 W Lincoln Hwy Oly Flds------748-9777
ARGO FEDERAL SAVINGS BANK
  14076 Lincln Av Doltn-------------849-3770
ASSOCIATES FINANCIAL SERVICES
  17629 Halstd Homwd---------------957-9656
  9166 159th Ornd Pk----------------403-2882

## BANK CALUMET
  1030 Dixie Hwy Chgo Hts---------754-2500

YELLOW PAGES SHOPPERS LOOK
FOR ADS WITH INFORMATION. LIKE
BRAND NAMES, YOU BUSINESS
HOURS, THE CREDIT CARDS YOU
ACCEPT, AND THE SPECIAL
SERVICES YOU OFFER. IF YOU'RE
STILL JUST A LISTING, NOW IS
THE TIME TO DO SOMETHING
ABOUT IT. CALL YOUR
YELLOW PAGES SALES
REPRESENTATIVE.

018987 © Amer

**LOA** *(continued)*

BANK ONE

BANK O—
Member FDIC
Equal Housing Opportunity

www.BankOne.com

BANK ONE
  Business Loan By Phone
    Toll Free------------------------8
  See Ad At Banks
  Loan By Phone
    Toll Free------------------------8

BELL WEST COMMUNITY CRED
  5619 W 87th Oak Lwn
BENEFICIAL ILLINOIS INC
  8752 159th Ornd Pk
BENEFICIAL ILLINOIS INC
  2 River Pl Lansng------------------
BENEFICIAL ILLINOIS INC
  Lincoln Ridge Plaza
  Sherervl Ih-----------------------219
BLAZER FINANCIAL SERVICES
  734 Ridge Rd Homwd
BRIAR CLIFFE FINANCIAL S
  CASH RIGHT NOW
  Regardless of Your Credit...W
  • Bill & Debt Consolidat
  • Reduce Monthly Paymen
  • Payoff High Interest L
  • Vacations • Bills • App
                    708-206-247
  19501 S. Governors Hwy • F
BROTHER LOAN & FINANCE CO
  7621 W 63rd Summit
BUDGET COUNSELORS CRE
  SERVICE INC
  BILL CONSOLIDA
  Not a Mortgage or Loa
  1-800-428-2
  CALL US - WE'LL
  STOP or REDUCE INT
  • Cut Monthly Payments Up
  • Get Out of Debt Up To 5 Ti
  • Restore A Good Credit Rat
  • No Collateral/Not A Loan C
  • All Credit/Income Approve
  • Stop Late Fees/Collector C
  • One Low Monthly Payment
  • Free Quotes/Hassle Free Se
  • No Red Tape/Free Pre-App
                    708-633-7225T
BUDGET COUNSELORS CREDIT
  INC Tinley Park — Tinley Pk. Tel 6
CIB BANK
  8480 Archer Rd W60 Sogs—
C TX MORTGAGE COMPANY
  138 Rt 30
  Sherervl In— Homwd Tel Frm
CARNEGIE MORTGAGE BANKER
  Chicago----------------------------

    **See Our Ad Following Pa**

CASH CONSULTANTS
  4020 W 111th Oak Lwn------------

MODERN PEOPLE FIND THE /
TO THEIR BUYING PROBL
THE YELLOW PAGES. QUICK
EASILY, THIS HANDY BOOK I
THE PRODUCTS AND SERVI
NEED - TELLS YOU WHO SE
AND WHERE. AND THAT INC
UNUSUAL, HARD-TO-FIND
AS WELL. JUST LOOK IN TH
AND YOU'LL SAVE TIME, TR
AND TRAVEL

## NEED RAPID CASH?
## HAVE LESS THAN PERFECT CREDIT?

**PAYROLL ADVANCE LOANS**

We're Only A Phone Call Away Until Payday

LOANS APPROVED WITHIN MINUTES

**NO CREDIT BAD CREDIT**

### Payday LOAN$ INC.

Establish An Account With Us

**1-877-573-CASH**
(2274)

TOLL FREE

13 Convenient City & Suburban Locations



018987

## CA$H LOANS...TO

### PAYDAY EXPR

*The Quickest Way To Payda*

Matteson
4541 A West Lincoln Hw
– Over 40 Locations To Serve

**708 481-6669**

---

## CAR TITLE LOANS

### LOANS ON CARS, TRUCKS, VANS AND MOTORCYCLES

- ☐ You keep the car to drive
- ☐ No credit check
- ☐ Confidential
- ☐ Cash in 15 minutes
- ☐ Easy payment plan
- ☐ Out of state title O.K.
- ☐ Free phone quotes
- ☐ No Monthly Renewals
- ☐ No Keys or Utility Bills Required
- ☐ Se Habla Español

Loans Up To $20,000

**708-753-0377**

### LIGHTHOUSE FINANCIAL GROUP
10423 S. Cicero • Oak Lawn

---

## NEED CASH NOW?

### AMERICASH LOANS
*Your Bridge Between Paydays*

**$100 to $600 in 10 Minutes!**

We Will Hold Your Personal,
Post Dated Check for Two Weeks.

Bedford Park......7454 S. Cicero.............708-563-9777
Calumet City......702a River Oaks Rd......708-862-9777
Markham.............159th & Kedzie.............708-339-0321
Midlothian...........4818 W. 148th St...........708-535-9777
Olympia Fields.....2424 W. Lincoln Hwy....708-748-9777

**New Locations Opening Soon!**
Call for the location nearest you! **888-396-CASH**
*Just bring in your last pay stub, bank statement, utility bill & I.D.*

---



## Auto Title Loans
ON CLEAR ILLINOIS TITLES
*Continue To Drive Your Car*

**Call Today
Money Today**

### ILLINOIS TITLE LENDERS, INC.
ALL CREDIT APPROVED

**708-229-8500**
3145 W. 95TH ST. Evergreen Park

---

## NEED A REAL SOLUTION?

### NORTH AMERICAN MORTGAGE COMPANY
A DIME COMPANY

$ FAST CASH FOR ANY REASON
$ ALL CREDIT SITUATIONS WELCOME
$ NO APPLICATION FEES
$ 100% FINANCING/PURCHASES & REFINANCES
$ HOME IMPROVEMENT LOANS
$ BILL CONSOLIDATION

**E-Z APPLICATION BY PHONE**

**$250 Closing Credit**
Homewood office only

24 HOURS - 7 DAYS A WEEK

**800-789-2271**
708-647-1618
18141 DIXIE HWY. • SUITE 105 • HOMEWOOD

---

## continued LOANS

**CITIFINANCIAL**
- Personal Loans
- Home Equity Loans
- Bill Consolidation Loans
- Low Monthly Payments
- Apply by Phone
- Quick Approval
- www.citifinancial.com

MONEY WHEN YOU NEED IT™
*"FOR LOANS CALL"*

CITIFINANCIAL
195 Town Center Mtsn.........747-2225

CITIZENS FINANCIAL SERVS FSB
154th & Bway Av
Harv.............................Harv Tel No 333-2200

CONTIMORTGAGE CORP
16325 Harlem Av Tinly Pk.........**614-1155**
COUNTRYWIDE HOME LOANS
15784 La Grange Rd Orind Pk....403-0495
COUNTRYWIDE HOME LOANS
17130 Torrenc Av Lansng.........418-7500
CROWN MORTGAGE COMPANY
6131 W 95th Oak Lwn.............**636-1900**
FINANCIAL FEDERAL TRUST & SAVINGS
BANK
Toll Free.........................800 894-6900
*See Our Ad Preceding Page*
FINANCIAL FEDERAL TRUST & SAVINGS
BANK 46 Orland Sq Dr Orlnd Pk....460-9220
FIRST HORIZON MONEY CENTER
15230 La Grange Rd Orlnd Pk....226-9100
FIRST MIDWEST BANK
11200 W 143rd St Orlnd Pk.......403-0111
3737 W 147th St Midlthn............388-8500
4101 W 183rd St Cntry Clb Hs.....799-9300
16700 S 80th Av Tinly Pk............532-2400
6001 W 95th St Oak Lwn............636-3200
13500 S Cicero Av Crstwd..........388-6660
14301 S Cicero Av Midlthn..........388-8518
17500 Oak Pk Av Tinly Pk..........532-8000
11900 S Pulaski Rd Alsip...........389-9400
4820 W Court Monee.................534-8100
12015 S Western Av Blu Is..........385-2900

FIRST NATIONAL BANK
20900 S Westrn Av Chgo Hts
FIRST UNITED BANK
700 W Exch Crete
FIRSTAR
Park Forest Office
99 Indianwd Bl Pk Forr
FULL SPECTRUM LENDING
8520 S Cicero Av Oak Lwn
GOLD RUSH
19755 Halstd Chgo Hts
GRAND NATL BANK
3307 Chgo Rd S Chgo Hts
GREAT AMERICAN CASH AD
9980 S Ridgeland Av
Chgo Rdg.............Oak Lwn
GREAT AMERICAN CASH AD
INC 191 Town Center Mtsn
GREAT LAKES FINANCIAL RE
4600 Lincln Hwy Mtsn
GREEN TREE MORTGAGE
Toll Free....................80
HARRIS BANK
4749 Lincoln Mall Dr Mtsn
555 Burnhm Av Cal Cty
19126 Burnhm Av Lansng
18130 Pulaski Rd Cntry Clb
1380 Main Crete
9950 S Kedzie Av Evergn Pk
4050 147th Midlthn
1630 Chgo Rd Chgo Hts
17151 Harlem Av Tinly Pk
HARRIS BANK OF OAK LAWN
5151 W 95th Oak Lwn
HERITAGE COMMUNITY BANK
18301 Halstd Glnwd

HOME 1-2-3 WITH BOB VIL
- Debt Consolidation
- Home Improvement
- Imperfect Credit OK
- No Equity Required

HOMEOWNERS WELCOME
Loans $20,000 and up
*"FOR FAST PRE-APPRO
CALL NOW"*

HOME 1-2-3 WITH BOB VILA
Toll Free.....................80

HOUSEHOLD FINANCE CORP
4801 W Southwck Dr Mtsn
ILLINOIS AUTO TITLE LOAN$
2239 W 95th Chicago....773 4
ILLINOIS DREAM HOME MORTGAG
9957 Roberts Rd Palos Hts

YELLOW PAGES SHOPPERS
FOR ADS WITH INFORMATION
BRAND NAMES. YOU BUSIN
HOURS. THE CREDIT CARDS
ACCEPT. AND THE SPEC
SERVICES YOU OFFER. IF YC
STILL JUST A LISTING, NC
THE TIME TO DO SOMET
ABOUT IT. CALL YOU
YELLOW PAGES SAL
REPRESENTATIVI













DOAH-Order

(7/99)

## IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a Municipal Corporation,  )
                           Petitioner,  )

v.

*Americash Loans LLC*  )  Docket # *99 CA 041911*
*c/o Koniecki + Dillon P.C.*  )
*112 N. 1st Ave Suite 4*  )  Issuing City
*St Charles Il 60174*  )  Department.: *Cons Services*
                    Respondent.  )

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered any motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this Administrative Body finds by a preponderance of the evidence and rules as follows:

| Citation or Count(s) | Finding | Fines, costs & other penalties |
|---|---|---|
| 2-24-060(a) | liable | |
| 2-24-060(a) | liable | |
| 2-24-060(a) | liable | after hours |
| 4-276-470(a)(10) | liable | |

JUDGMENT TOTAL: $ _____

Respondent is further ordered to immediately correct any and all outstanding above found violation(s).

[ ] Liability was: [ ] contested or [ ] stipulated to.

[ ] Respondent being noticed and failing to: [ ] appear at, or [ ] timely request a hearing is held in default.

[ ] Petitioner is granted leave to re-inspect the premises or business as it relates to the above found violation(s)

[ ] Respondent is ordered to comply with all requirements of City's community service program.

[ ] Case is: [ ] dismissed with prejudice, [ ] dismissed without prejudice, or [ ] non-suited by petitioner.

[ ] Motion to set-aside prior default order(s) of _____ is: [ ] granted [ ] denied.

[X] Case is continued to *February 29, 2000 at 10:00 AM* for: [ ] service [X] Hearing on *penalties*
               *Room 106*

ENTERED: _____ *#76*   *1-18-00*
          Administrative Law Officer and ALO#       Date

This Order may be appealed to the Circuit Court of Cook Co. (Daley Center 6th Fl) within 35 days of above date.

Original-DOAH   one copy-Respondent   two copies-Petitioner     ALO may cross-out any non-applicable pre-printed portions.

16    Friday, January 21, 2000

## METRO BRIEFS

# Missing girl found in Calif.; man faces abduction charges

Alexis Bendt, the 14-year-old girl who disappeared from Naperville earlier this week, has turned up unharmed in San Bernardino, Calif., authorities said Thursday. James Copper, 47, who is accused of taking her across the country, is being held in California until he can be returned to DuPage County, where he faces child abduction charges. The girl, from North Judson, Ind., had been sent to stay with relatives in Naperville by her parents to get her away from Copper, who was being sought in Indiana on child molestation charges. Alexis disappeared Monday, setting off a nationwide alert. A police officer in San Bernardino County pulled over a car containing the pair Wednesday night after running a check on the out-of-state license plate.

## Elgin child is run over in driveway, dies

A 21-month-old Elgin boy died Thursday when his mother accidentally hit him while backing a van out of her driveway, authorities said. Timothy D. Hetzel apparently ran out of the family's home in the 200 block of North Gifford Street about 9:50 p.m. and passed behind the vehicle being driven by Beth A. Hetzel, Elgin police said. The child was found partly under the van and was taken to Sherman Hospital, where he died of extensive internal injuries, Kane County Chief Deputy Coroner Steve O'Brien said.

## Search for cause of fatal Niles explosion begins

A team of fire and explosion experts will investigate the Niles factory rocked by an industrial explosion Jan. 12. The blast killed one worker and critically injured three others. Attorneys for Rafael Flores, 40, who died Wednesday from severe burns, filed a lawsuit in Cook County Circuit Court to gain access to the Electronic Recovery Specialist factory this morning. The team of experts will attempt to determine the cause of the blast. Others injured in the blast—Gerald Brisco, 42, Thomas Gilbert, 40, and Enrique Anzo, 23—remained in critical condition.

## AmeriCash faces fines for concealing fees

AmeriCash, a payday loan company with five locations in Chicago, has been found guilty by a city administrative judge of four counts of consumer fraud for omitting the annual percentage rate for loans on advertisements, according to city officials. The charges were filed after an investigator asked about the rate on a $200 loan and was told it was 521 percent for one week. The rate did not appear in any of AmeriCash's ads, according to the city Consumer Services Department. A penalty hearing will be held in February, when the city will seek fines as well as a requirement that AmeriCash disclose its rates on all advertisements and brochures, the department said.

## House panel favors stricter drug penalties

An Illinois House committee says people who sell drugs to children should be charged with child abuse - and perhaps lose custody of their own children. A Judiciary Committee voted 13-0 Thursday for a bill that would make selling drugs to children a form of child abuse. The measure now goes to the full House. It also would make it a felony to sell drugs to children. That's currently a misdemeanor on the first offense. The bill's proponents say those who sell drugs to children should be treated the same as people who physically or sexually abuse children. That means they could lose custody of their children.

## Correction

Because of a discrepancy in the sex offender registration data, two towns listed in a top 20 list actually have fewer child sex offenders. As of Dec. 2, 1999, Romeoville had 12 offenders whose victims were...

---

■ *Orland Park fear*

# Village buy

**BY MARK SKERTIC**
SUBURBAN REPORTER

Orland Park is spending $1.9 m about 26 acres on the village's no becoming another south suburban

The village bought the land resident Dorothea Schumak, w stipulation that she be allowed to on the land throughout her lifeti be renamed the Mitchell Homest Schumak's family, and will becom

The deal was finalized this wee

"I hope now that we've made th purchase, we'll see more enthusi Lands Fund," Mayor Daniel J. M



SOUTH SIDE ST

WorkingCla
4720 W. 95th • Oak Lawn, IL 60453
(N.E. Corner 95th & Cicero-C

FACT
S

40,000 HEALT
SALE T
STOREWI

SOLID WARMUP JACKE
WHITE & 14 COLORS
$12.99
REG. $17.99-$19.99

WHITE LEATHER SHO
(SPECIAL PURCHAS
$14.99-$24
VALUES TO '6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

*cat. II*

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s): Americash Jewelers, Inc.** | **Defendant(s): Americash Loans, L.L.C.** |
| County of Residence: DuPage | County of Residence: |
| Plaintiff's Atty: Mark E. Wiemelt | Defendant's Atty: |
| Law Offices of Mark E. Wiemelt, P.C. | **00C 1902** |
| 10 S. LaSalle St., Ste. 3500, | **JUDGE CASTILLO** |
| Chicago, IL 60603 | **MAGISTRATE JUDGE LEVIN** |
| 312/372-7664 | |

**II. Basis of Jurisdiction:**    **3. Federal Question (U.S. not a party)**

**III. Citizenship of Principle Parties (Diversity Cases Only)**
   Plaintiff:- **N/A**
   Defendant:- **N/A**

*DOCKETED*
*MAR 3 0 2000*

**IV. Origin :**    **1. Original Proceeding**

**V. Nature of Suit:**    **840 Trademark**

**VI. Cause of Action:**    This is an action for service mark infringement and unfair competition under the laws of the United States, as provided for by Title 15 U.S.C. § 1125(a)(§ 43(a) of the Lanham Act) and related causes of action.

**VII. Requested in Complaint**
   Class Action: **No**
   Dollar Demand:
   Jury Demand: **Yes**

**VIII.** This case **Is NOT** a refiling of a previously dismissed case. (If yes case number __ by Judge __)

Signature: *Mark E. Wiemelt*

Date: 3-8-00

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

JUDGE CASTILLO

In the Matter of

Americash Jewelers, Inc.
v.
Americash Loans, L.L.C.

Case Number: **00C 1902**

MAGISTRATE JUDGE LEVIN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Americash Jewelers, Inc. - Plaintiff

FILED 4
00 MAR 29 PM 3: 4
CLERK
U.S. DISTRICT COURT

DOCKETED
MAR 3 0 2000

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME  Mark E. Wiemelt | NAME  Joseph C. Wang |
| FIRM  Law Offices of Mark E. Wiemelt, P.C. | FIRM  Same as (A) |
| STREET ADDRESS  10 S. LaSalle St., Suite 3500 | STREET ADDRESS  Same as (A) |
| CITY/STATE/ZIP  Chicago, IL 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  (312) 372-7664 | TELEPHONE NUMBER  (312) 372-7664 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6208213 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6257685 |
| MEMBER OF TRIAL BAR?   YES [X]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [X] |
| TRIAL ATTORNEY?   YES [X]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [X] |
| | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [X] |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [ ]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.