Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 1902 | **DATE** | 10/16/2000 |
| **CASE TITLE** | Americash Jewelers, Inc. vs. Americash Loans, L.L.C. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Pursuant to Stipulated Order of Dismissal, case is dismissed with prejudice. Each party to bear its own costs and attorneys' fees. Trial set for October 23, 2000 is stricken.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | | number of notices |
| ✓ | Notices mailed by judge's staff. | OCT 18 2000 | |
| | Notified counsel by telephone. | | date docketed |
| | Docketing to mail notices. | | docketing deputy initials |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING | 10/17/2000 |
| | | 00 OCT 17 AM 10: 05 | date mailed notice |
| MD | courtroom deputy's initials | | MD |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number: 11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Americash Jewelers, Inc., an Illinois corporation, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00 cv 01902 |
| v. | ) ) ) | Judge Lefkow |
| Americash Loans, L.L.C., an Illinois corporation, | ) ) ) | Magistrate Judge Levin |
| Defendant. | ) ) | **JURY REQUESTED** |

## STIPULATED ORDER OF DISMISSAL

Now comes Plaintiff Americash Jewelers, Inc. ("AMERICASH"), and Defendant Americash Loans, L.L.C. ("AMERICASH LOANS"), and subject to the approval of the Court, stipulate and agree as follows:

This is an action for service mark infringement and unfair competition under the laws of the United States, as provided for by Title 15 U.S.C. § 1125(a) (§ 43(a) of the Lanham Act); service mark and trade dress infringement and unfair competition under the common law of the State of Illinois and under the Illinois Trademark Registration and Protection Act, 765 ILCS § 1036/1, et seq.; dilution under the Illinois Anti-Dilution Law, 765 ILCS § 1036/65, and the common law of the State of Illinois; consumer fraud under the Illinois Consumer Fraud and Deceptive Trade Practices Act, 815 ILCS § 505/1, *et seq.*; deceptive trade practices under the Illinois Deceptive Trade Practices Act, 815 ILCS § 510/1, *et seq.*; an accounting; and permanent injunctive relief.

The Court has jurisdiction over the subject matter and the parties.

The parties having agreed to a settlement of the matter, the Court hereby orders:

1. This complaint is dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees.

Dated: OCT 1 6 2000, 2000

Approved and ordered:

_____
United States District Judge

Agreed and Approved:

_____
One of Plaintiff's Attorneys
Mark E. Wiemelt
LAW OFFICES OF MARK E. WIEMELT, P.C.
LaSalle St., Ste. 3500
Chicago, Illinois 60603
(312) 372-7664
Ill. Bar No. 0620821

Agreed and Approved:

_____
One of Defendant's Attorneys
Jeffrey A. Pine
Baniak, Nicholas, Pine & Gannon
1603 Orrington Ave., Ste. 2000
Evanston, IL 60201